Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
HZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Michael Tezyan (SBN 334915)
MTezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff Netlist, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KINGSTON TECHNOLOGY CORPORATION, KINGSTON TECHNOLOGY COMPANY, INC., KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY FAR EAST CORP., KINGSTON SOLUTIONS, INC., KINGSTON TECHNOLOGY CO., LTD., AND KINGSTON TECHNOLOGY (SHANGHAI) CO.<br><br>Defendants. | CASE NO. 8:26-cv-3262<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

1. Plaintiff Netlist, Inc. ("Netlist"), by its undersigned counsel, brings this Complaint against Defendants Kingston Technology Corporation, Kingston Technology Company, Inc., Kingston Digital, Inc., Kingston Technology Far East Corp., Kingston Solutions, Inc., Kingston Technology Co., Ltd., and Kingston Technology (Shanghai) Co. (collectively, "Defendants" or "Kingston") for Kingston's infringement of U.S. Patent No. 10,025,731 (the "'731 Patent"), U.S. Patent No. 12,675,407 (the "'407 Patent"), U.S. Patent No. 11,200,120 (the "'120 Patent"), and U.S. Patent No. 11,914,481 (the "'481 Patent") (collectively, the "Asserted Patents"), alleging as follows:

## THE PARTIES

2. Plaintiff Netlist is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 111 Academy Way, Suite 100, Irvine, California 92617. Netlist is a leading innovator in advanced memory and storage solutions. Netlist designs and manufactures controller and software-based memory solutions that are sold in the server, high-performance computing, and communications markets.

3. On information and belief, Kingston Technology Corporation is a corporation organized and existing under the laws of California, with its principal place of business at 17600 Newhope Street, Fountain Valley, CA 92708 USA. On information and belief, Kingston Technology Corporation has a variety of subsidiaries located throughout the United States and the world. On information and belief, Kingston Technology Corporation can receive service through its registered agent, Tracy Chang, at 17600 Newhope Street in Fountain Valley, California, 92708.

4. On information and belief, Kingston Technology Company, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business at 17600 Newhope Street, Fountain Valley, CA 92708 USA. On information and belief, Kingston Technology Company, Inc. is a wholly owned

subsidiary of Kingston Technology Corporation. On information and belief, Kingston Technology Company, Inc. can receive service through its registered agent, Tracy Chang, at 17600 Newhope Street in Fountain Valley, California, 92708.

5. On information and belief, Kingston Digital, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business at 17600 Newhope Street, Fountain Valley, CA 92708. On information and belief, Kingston Digital, Inc. is a wholly owned subsidiary of Kingston Technology Corporation. On information and belief, Kingston Digital, Inc. can receive service through its registered agent, Tracy Chang, at 17600 Newhope Street in Fountain Valley, California, 92708.

6. On information and belief, Kingston Technology Far East Corp. is a corporation organized and existing under the laws of Taiwan, with its principal place of business at No. 1-5, Li-Hsin Road, 1 Hsinchu Science Park, Hsinchu, Taiwan 300094. On information and belief, Kingston Technology Far East Corp. is a subsidiary of Kingston Technology Corporation.

7. On information and belief, Kingston Solutions, Inc. is a corporation organized and existing under the laws of Taiwan, with its principal place of business at 10F-6, No. 251, Fuxing 1st Street, Zhongxing Vil., Zhubei City, Hsinchu City, Taiwan 302052. On information and belief, Kingston Solutions, Inc. is a subsidiary of Kingston Technology Corporation.

8. On information and belief, Kingston Technology Co., Ltd. is a corporation organized and existing under the laws of the People's Republic of China, with its principal place of business at Room 801, Tower C, Ocean Office Park, No. 5 Jinghua South Road, Chaoyang District, Beijing, China 100020. On information and belief, Kingston Technology Co., Ltd. is a subsidiary of Kingston Technology Corporation.

9. On information and belief, Kingston Technology (Shanghai) Co. is a corporation organized and existing under the laws of the People's Republic of China, with its principal place of business at No. 1 Yinglun Road, Waigaoqiao Bonded Area, Free Trade Test Zone Shanghai, Shanghai, China, 200131. On information and belief, Kingston Technology (Shanghai) Co. is a subsidiary of Kingston Technology Corporation.

10. On information and belief, Kingston, itself and through its subsidiaries, makes solid state drives ("SSDs"), memory modules, USB flash drives, SD cards, microSD cards and CF cards for consumers, as well as SSDs, memory modules, and embedded systems for enterprise and industrial uses. On information and belief, Kingston sells its products, either directly or through distributors, retailers, authorized dealers, and sales agents, to customers, including customers in this District. For example, on information and belief, Kingston Technology Corporation and its U.S. and foreign subsidiaries manufacture, distribute and/or import memory products including Double Data Rate 5 ("DDR5") dual in-line memory modules ("DIMMs") and SSDs in the United States and in this District.

11. On information and belief, Kingston also uses, sells, and offers for sale in the United States, imports into the United States and/or exports from the United States memory products, including DDR5 DIMMs. On information and belief, Kingston has at least used, sold, or offered to sell products and services, including the Accused Instrumentalities, in this District.

12. On information and belief, Kingston has implemented the Asserted Patents in its products, and/or instructed others regarding the same, without authorization. On information and belief, Kingston currently designs, develops, tests, manufactures, sells for importation, imports into the U.S., sells after importation into the U.S., and/or exports from the U.S. the Accused Instrumentalities that directly infringe, contributorily infringe, and/or induce the infringement of the Asserted Patents.

13. On information and belief, Kingston places, has placed, and contributed to placing Accused Instrumentalities into the stream of commerce via an established distribution channel knowing or understanding that such products would be sold and used in the United States, including in the Central District of California. On information and belief, Kingston derives substantial revenues from infringing acts in this judicial district, including from the sale and use of the Accused Instrumentalities.

14. On information and belief, through its worldwide subsidiaries and distribution network, Kingston continues to purchase and assemble memory modules and SSDs that infringe Netlist's patents. Kingston then imports these memory modules and SSDs into the United States through its various subsidiaries, and sells those memory modules and SSDs in the United States through a variety of channels, including Kingston's own websites, U.S.-based distributors, third-party resellers, and online and retail stores.

## JURISDICTION

15. Subject matter jurisdiction is based on 28 U.S.C. §§ 1331 and 1338, in that this action arises under a federal statute, the patent laws of the United States (35 U.S.C. § 1 et seq.), and the United States Constitution.

16. Each Defendant is subject to this Court's personal jurisdiction consistent with the principles of due process and/or the California Long Arm Statute.

17. Personal jurisdiction exists generally over the Defendants because each Defendant has sufficient minimum contacts and/or has engaged in continuous and systematic activities in the forum as a result of business conducted within the State of California and the Central District of California, such as by maintaining a regular and established place of business within the State of California and this District. Personal jurisdiction also exists over each Defendant because each, directly or through subsidiaries, makes, uses, sells, offers for sale, imports, ships, distributes,

advertises, makes available, and/or markets products within the State of California and the Central District of California that infringe one or more claims of the Asserted Patents. Further, on information and belief, Defendants have placed or have contributed to placing infringing products into the stream of commerce, both directly and through intermediaries (including distributors, retailers, authorized dealers, sales agents, and other individuals or entities), knowing or understanding that such products would be sold and used in the United States, including in this District. *See, e.g.*, *Kingston Technology Far East Corp.*, Import Genius, https://www.importgenius.com/suppliers/kingston-technology-far-east-corp (Kingston Technology Far East Corp. importation records identifying shipments to Kingston U.S. entities through the Port of Los Angeles, among others); *Kingston Technology(Shanghai)*, Import Genius, https://www.importgenius.com/suppliers/kingston-technology-shanghai-co-lt (similar).

## VENUE

18. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b) because Defendants (1) have committed and continue to commit acts of patent infringement in this District by, among other things, directly and/or indirectly making, using, selling, offering to sell, or importing products that infringe one or more claims of the Asserted Patents, and (2) have done and continue to do business in this District, including by maintaining a regular and established place of business at 17600 Newhope Street, Fountain Valley, CA 92708 USA.

## BACKGROUND

19. Many commercial computing products utilize memory modules and solid state non-volatile memories.

20. Modern memory modules often adopt the form of DIMMs. The memory devices on DIMMs are typically arranged in "ranks," which are accessible

by a processor or memory controller of the host system. A memory module is typically installed into a memory slot on a computer or server motherboard.

21. Memory modules are designed for, among other things, use in servers such as those supporting cloud-based computing, artificial intelligence, and other data-intensive applications. There are also memory modules designed primarily for the consumer market, such as in desktop personal computers.

22. Since its founding in 2000, Netlist has been a leading innovator in high-performance memory module technologies. Netlist designs and manufactures a wide variety of high-performance products for the cloud computing, virtualization, and high-performance computing markets. Netlist's technology enables users to derive useful information from vast amounts of data in a shorter period of time. These capabilities will become increasingly valuable as the volume of data being processed continues to exponentially increase. On August 5, 2026, Netlist announced that Samsung agreed to take a license to Netlist's patent portfolio. *See Netlist Announces Strategic Alliance with Samsung for Advanced Memory Technology*, Netlist (Aug. 5, 2026), https://investors.netlist.com/news/netlist-announces-strategic-alliance-with-samsung-for-advanced-memory-technology/1c8e5ae6-bde4-434c-afd8-7d80370824af ("Samsung will receive access to Netlist's complete patent portfolio, including its server DIMM and High Bandwidth Memory technologies."). On October 6, 2026, Netlist announced that Micron also agreed to take a license to Netlist's patent portfolio. *See Netlist and Micron Enter Patent License and Settlement Agreements*, Netlist (Oct. 6, 2026), https://investors.netlist.com/news/netlist-and-micron-enter-patent-license-and-settlement-agreements/c8615305-0590-43e4-bcb2-fe05e120f947. SK Hynix also previously recognized the value of Netlist's technology and took a license to Netlist's patent portfolio.

23. Netlist has a long history of being the first to market with disruptive new products such as the first load-reduced dual in-line memory module,

HyperCloud®, based on Netlist's distributed buffer architecture. Netlist was also the first to bring NAND flash to the memory channel with its NVvault® NVDIMM. These innovative products built on Netlist's early pioneering work in areas such as embedding passives into printed circuit boards to free up board real estate, doubling densities via quad-rank DDR technology, and other off-chip technology advances that result in improved performance and lower costs compared to conventional memory.

**The '731 Patent**

24. The '731 Patent is entitled "Memory Module and Circuit Providing Load Isolation and Noise Reduction."

25. Netlist owns by assignment the entire right, title, and interest in and to the '731 Patent. The '731 Patent was filed as Application No. 14/715,491 on May 18, 2015, issued as a patent on July 17, 2018, and claims priority to, among others, U.S. Application No. 14/324,990 filed on July 7, 2014; U.S. Application No. 13/412,243 filed on March 5, 2012; U.S. Application No. 12/422,853 filed on April 13, 2009.

26. Kingston has gained knowledge of the '731 Patent at least via this Complaint. Netlist also specifically discussed the '731 Patent with Kingston in its December 3, 2025 meeting with Kingston. Netlist also previously asserted the '731 Patent against Samsung and Micron DDR5 DIMMs in parallel district court actions and at the International Trade Commission ("ITC"). On information and belief, Kingston had knowledge of the pending ITC action against Samsung at least as of December 23, 2025, when Netlist informed Kingston that Netlist had filed an ITC action against Samsung. Netlist also identified the '731 Patent as covering DDR5 DIMMs in an October 29, 2026 letter to Kingston.

27. Claim 1 of the '731 Patent provides:

> [**1.pre**] A memory module operable to communicate data with a system memory controller via a memory bus in response to address and control

signals from the system memory controller, comprising:

[**1.a**] a printed circuit board comprising at least one connector configured to be operatively coupled to the memory bus, the at least one connector including a plurality of edge connections distributed along one or more edges of the printed circuit board;

[**1.b**] a plurality of memory devices on the printed circuit board, the plurality of memory devices being arranged in multiple ranks, each rank comprising an independent set of memory devices that can be accessed by the system memory controller to access a full bit-width of the memory bus;

[**1.c**] at least one circuit coupled between the at least one connector and the plurality of memory devices, the at least one circuit comprising a first set of port connections coupled to respective ones of the plurality of edge connections and a second set of port connections coupled to the plurality of memory devices, each circuit of the at least one circuit further comprising a set of correction circuits, each correction circuit of the set of correction circuits being configured to make corrections in one or more signals transmitted between a respective port connection of the first set of port connections and a corresponding port connection in the second set of port connections, the each correction circuit of the set of correction circuits including at least one programmable impedance matching circuit; and

[**1.d**] control circuitry configured to receive the address and control signals from the system memory controller and to control the plurality of memory devices in response to the address and control signals, wherein the control circuitry is further configured to dynamically control the at least one programmable impedance matching circuit in the each correction circuit of the set of correction circuits in the each circuit of the at least one circuit based on which of the multiple ranks is selected to communicate data with the system memory controller in response to the address and control signals.

’731 Patent, at 16:59–17:32.

**<u>The ’407 Patent</u>**

28. The ’407 Patent is entitled “Memory Module with Local Clock Signals.”

29. Netlist owns by assignment the entire right, title, and interest in and to the ’407 Patent. The ’407 Patent was filed as Application No. 18/935,410 on November 1, 2024, issued as a patent on July 7, 2026, and claims priority to, among others, U.S. Application No. 17/141,978 filed on January 5, 2021; U.S. Application No. 16/432,700 filed on June 5, 2019; U.S. Application No. 14/445,035 filed on July 28, 2014.

30. Kingston has gained knowledge of the ’407 Patent at least via this Complaint. Netlist also previously asserted the ’407 Patent against Micron DDR5 DIMMs in parallel district court actions against Micron and at the ITC. Netlist also identified the ’407 Patent as covering DDR5 DIMMs in an October 29, 2026 letter to Kingston.

31. Claim 1 of the ’407 Patent provides:

> [**1.pre**] A memory module operable in a computer system having a memory controller and a system bus, the system bus including one or more clock signal lines, control/address (C/A) signal lines and data signal lines, the memory module comprising:
>
> [**1.a**] a printed circuit board (PCB) having connectors configured to provide electrical connections between the memory module and the system bus;
>
> [**1.b**] memory devices mounted on the PCB and organized in a plurality of groups, wherein a respective group of the memory devices is configurable to communicate data with the memory controller via a corresponding subset of the data signal lines;
>
> [**1.c**] circuitry mounted on the PCB and configurable to:
>
>> [**1.c.1**] receive from the memory controller a system clock via the one or more clock signal lines and input control and address (C/A) signals via the C/A signal lines;
>>
>> [**1.c.2**] generate module C/A signals in response to the input C/A signals;

> [**1.c.3**] generate a plurality of local clocks corresponding, respectively, to the plurality of groups of the memory devices, the plurality of local clocks having respective phase relationships with the system clock, the respective phase relationships being programmable independently of each other; and
>
> [**1.c.4**] output the module C/A signals to the memory devices; and
>
> [**1.c.5**] output the plurality of local clocks to the memory devices, wherein a respective local clock having a respective programmable phase relationship with the system clock is output to a corresponding group of the memory devices and not to any other group of the memory devices, wherein the corresponding group of the memory devices is configurable to perform memory read or write operations by communicating data signals with the memory controller via a corresponding subset of data signal lines in accordance with the respective local clock.

’407 Patent, at 18:10–47.

**<u>The ’120 Patent</u>**

32. The ’120 Patent is entitled “Hybrid Memory System with Configurable Error Thresholds And Failure Analysis Capability.”

33. Netlist owns by assignment the entire right, title, and interest in and to the ’120 Patent. The ’120 Patent was filed as Application 16/517,210 on July 19, 2019, issued as a patent on December 14, 2021, and claims priority to, among others U.S. Application No. 14/214,652, filed on March 14, 2014 and U.S. Provisional Application Nos. 61/798,956, filed on Mar. 15, 2013; 61/799,271, filed on Mar. 15, 2013, and 61/799,556, filed on Mar. 15, 2013.

34. Kingston gained knowledge of the ’120 Patent at least via this Complaint. Netlist also identified the ’120 Patent as covering SSDs in an October 29, 2026 letter to Kingston.

35. Claim 1 of the ’120 Patent provides:

[**1.pre**] A memory diagnostic and health check system comprising:

[**1.a**] a non-volatile memory (NVM) subsystem including a plurality of blocks, each block of the plurality of blocks including a plurality of pages, each page of the plurality of pages configured to store data information in a plurality of NVM cells;

> [**1.b.1**] a plurality of sets of programmable threshold registers, each set configured to be programmed with a respective set of threshold values including first and second threshold values respectively
>
> [**1.b.2**] representing first and second programmable desired reliability levels of a first parameter of a set of parameters of the NVM subsystem; and

[**1.c**] a controller coupled to an interface, to the NVM subsystem and to the plurality of sets of programmable threshold registers,

> [**1.c.1**] the controller configured to communicate with a host system via the interface using a protocol,
>
> [**1.c.2**] the controller further configured to operate the NVM subsystem and to determine whether the first parameter of the set of parameters of the NVM subsystem has reached at least one of the first or second threshold values of the respective set of threshold values.

**<u>The ’481 Patent</u>**

36. The ’481 Patent is entitled “Hybrid Memory System With Configurable Error Thresholds and Failure Analysis Capability.”

37. Netlist owns by assignment the entire right, title, and interest in and to the ’481 Patent. The ’481 Patent was filed as Application No. 18/154,500 on Jan. 13, 2023, issued as a patent on Feb. 27, 2024, and claims priority to, among others U.S. Application Nos. 17/549,251 filed on Dec. 13, 2021; 14/214,652, filed on March 14, 2014 and U.S. Provisional Application Nos. 61/798,956, filed on Mar. 15, 2013; 61/799,271, filed on Mar. 15, 2013, and 61/799,556, filed on Mar. 15, 2013.

38. Kingston gained knowledge of the ’481 Patent at least via this Complaint. Netlist also identified the ’481 Patent as covering SSDs in an October 29, 2026 letter to Kingston.

39. Claim 1 of the ’481 Patent provides:

[**1.pre**] A memory system having programmable reliability levels, the memory system comprising:

[**1.a**] a non-volatile memory (NVM) subsystem comprising a plurality of blocks each including a plurality of pages, each page including a plurality of NVM cells and configured to store an associated number of bytes;

[**1.b**] a plurality of programmable registers including first and second programmable threshold registers configured to store first and second programmable threshold values, respectively, wherein the second programmable threshold value is less than the first programmable threshold value; and

[**1.c**] a controller coupled to the NVM subsystem and the plurality of programmable registers including the first and second programmable threshold registers, the controller configured to determine if operation reliability for a first memory portion of the NVM subsystem has reached first or second reliability levels,

[**1.d**] wherein the first memory portion is a page or a block of the NVM subsystem,

[**1.e**] wherein the operation reliability for the first memory portion reaches the first reliability level when a first parameter for the first memory portion matches or exceeds the first programmable threshold value,

[**1.f**] wherein the operation reliability for the first memory portion reaches the second reliability level when the first parameter matches or exceeds the second programmable threshold value,

[**1.g**] wherein, in response to the operation reliability for the first memory portion reaching the first reliability level, the controller is further configured to perform a first remediation action, and

> [**1.h**] wherein, in response to the operation reliability for the first memory portion reaching the second reliability level, the controller is further configured to perform a second remediation action.

**Kingston's Infringing Activities**

40. Kingston is one of the largest manufacturers of semiconductor memory products, such as DDR5 registered DIMM ("RDIMM") products. Kingston develops, manufactures, sells, offers to sell, imports into the United States and exports from the United States memory modules (including semi-finished ones) designed for, among other things, use in servers such as those supporting cloud-based computing, artificial intelligence, and other data-intensive applications.

**DDR5 Memory Modules**

41. DDR5 memory modules introduced important upgrades over DDR4 modules to support massive bandwidth requirements and AI workloads, as well as to benefit from the reduced power consumption and enhanced reliability that DDR5 memory offers over its predecessors. For example, to accommodate higher data rate, DDR5 introduced a feature called "DFE," or Decision Feedback Equalizer, to equalize DQ receivers, which, by providing stable, reliable signal integrity on the module, enables the DQ data eye to open up more, thus enabling higher data rates.

42. In conjunction with the DFE feature, DDR5 memory modules optimized on-die termination (ODT) technology, including dynamic ODT on data signals, to enhance signal integrity.[1]

---

[1] *DDR5's Secret Weapon: On-Die Termination (ODT) for Noise Reduction and Power Efficiency*, Intellect Partners (Nov. 24, 2023), https://intellect-partners.com/blog/ddr5s-secret-weapon-on-die-termination-odt-for-noise-reduction-and-power-efficiency ("By placing a termination resistor that matches the transmission line's impedance right on the memory chip, on-die termination minimizes the possibility of signal reflections. Therefore, ODT is a crucial component for high-speed DDR5 memory systems since it aids in enhancing signal

43. The Accused DDR5 Products include: Kingston's DDR5 products, such as its DDR5 RDIMMs, and other memory modules having materially the same structures and designs in relevant parts (the "Accused DDR5 Products"); and/or products containing the same, such as servers and computing systems that are made, sold, offered for sale, used and/or imported into the United States by Defendants.

44. The Accused DDR5 Products include, but are not limited to, Kingston's DDR5 RDIMMs.




quality, decreasing signal ringing, and eventually allowing for higher data transfer speeds with less signal deterioration.").

*Computer Memory - Find Compatible RAM*, Kingston Technology, https://www.kingston.com/en/memory (enabling users to find specific "RAM memory" products including "RDIMM" and "Registered DIMM" products).

45. For example, the Accused DDR5 Products include, but are not limited to, Kingston's RDIMM products sold under its "Server Premier" line, including those having the following part numbers: KSM64R52BS8-16MH, KSM64R52BD8-32MH, KSM64R52BD4-64HA. KSM64R52BD4-64MD, KSM64R52BD4-64MH, KSM64R52BD4-96HM, KSM64R52BD4-96MC, and KSM64R52BD4-128MB, KSM56R46BS8-16HA, KSM56R46BS8-16MH, KSM56R46BS8PMI-16HAI, KSM56R46BD8-32HA, KSM56R46BD8-32MH, KSM56R46BD8PMI-32HAI, KSM56R46BS4PMI-48HMI, KSM56R46BD4-64HA, KSM56R46BD4-64MD, KSM56R46BD4-64MH, KSM56R46BD4PMI-64HAI, KSM56R46BD4PMI-96HMI, and KSM56R46BD4PMI-96MBI.[2]

46. The Accused DDR5 Products further include, but are not limited to, the Kingston FURY Renegade Pro DDR5 RDIMM Memory[3] products and DDR5 RDIMMs that Kingston makes for specific customers, such as LV48R40BD8HA-32IIMI for Lenovo.

47. The Accused DDR5 Products include Kingston's DDR5 products that incorporate Registering Clock Drivers ("RCDs") for DDR5. For example, Kingston's part number decoder for products sold under the Kingston Server

---

[2] *DDR5 6400MT/s ECC Registered DIMM*, Kingston Technology, https://www.kingston.com/en/memory/server-premier/ddr5-6400mts-ecc-registered-dimm; DDR5 5600MT/s ECC Registered DIMM, Kingston Technology, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-registered-dimm.

[3] *Kingston FURY Renegade Pro DDR5 RDIMM Memory*, Kingston Technology, https://www.kingston.com/en/memory/gaming/fury-renegade-ddr5-pro-rdimm.

Premier DDR5 brand indicates that Kingston sources its Registering Clock Drivers ("RCDs") from vendors such as Rambus, Montage and Renesas.[4]

Part Number: KSM56R46BD4PMI-64HAI

| KSM | 56 | R | 46B | D | 4 | P | M | I | - | 64 | H | A | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**KSM = Product Line**
KSM - Kingston Server Premier

**56 = Speed (MT/s)**
48 – 4800
52 – 5200
56 – 5600
64 – 6400

**R = Module Type**
E – EC4 UDIMM (x72)
T – EC4 SODIMM (x72)
P – EC4 RDIMM (x72)
R – EC8 RDIMM (x80)
B – EC4 CUDIMM (x72)
W – EC4 CSODIMM (x72)

**46B = CAS Latency**
40B – CL40-39-39
42B – CL42-42-42
46B – CL46-45-45
52B – CL52-52-52

**D = Ranks**
S – Single
D – Dual
Q – Quad

**4 = DRAM Type**
4 – x4
8 – x8

**P = PMIC**
I – Renesas
M – Montage
P – MPS
K – RichTek
T – TI
Blank – Unlocked

**M = SPD Hub**
I – Renesas
M – Montage
R – Rambus
Blank – Unlocked

**I = Thermal Sensor**
I – Renesas
M – Montage
P – MPS
R – Rambus
Blank – Unlocked

**64 = Total Capacity**
16 – 16GB
24 – 24GB
32 – 32GB
48 – 48GB
64 – 64GB
96 – 96GB
128 – 128GB

**H = DRAM Manufacturer**
H – SK Hynix
M – Micron
S – Samsung

**A = DRAM Die Revision**
A – A Die
B – B Die
C – C Die
D – D Die
E – E Die
H – H Die
M – M Die

**I = Register**
I – Renesas
M – Montage
R – Rambus
Blank – Unlocked

48. On information and belief, the Accused DDR5 Products comply with the applicable memory standards promulgated by JEDEC, such as, for example, the JEDEC specifications for the DDR5 RDIMM form factors. While Netlist's infringement allegations rely in part on functionality contained within certain

---

[4] *Memory Part Number Decoder*, Kingston https://www.kingston.com/en/memory/memory-part-number-decoder (final letter in sequence indicating manufacturer of the "Register").

specifications issued by JEDEC, Netlist is not relying on or asserting essentiality to the specifications to establish infringement. Rather, Netlist anticipates that its infringement positions will be further confirmed by evidence obtained through discovery from Kingston that is otherwise not publicly available.

**<u>SSDs</u>**

49. Kingston makes and sells a variety of flash memory products, including SSDs. *See, e.g.*, *High-Endurance SSDs For Servers And Data Centers*, Kingston Technology, https://www.kingston.com/en/ssd/servers-datacenters ("Available in PCIe NVMe and SATA 3.0, Kingston SSDs support cloud, virtualization, AI, HPC, and database workloads - providing scalable, high-performance, and reliable storage for a wide range of server and data center applications."). Kingston is one of the largest suppliers of SSDs in the world. "Kingston SSDs provide high-speed, reliable storage for desktops, laptops, and workstations." *High-Speed SSDs For Desktops, Laptops, And Workstations*, Kingston Technology, https://www.kingston.com/en/ssd/desktop-laptop-workstations?interface=nvme. SSDs are "a storage device made up of collections of Flash NAND chips, where data is read and written by a Flash controller instead of a mechanical actuator as with hard disk drives. Due to the lack of mechanical parts, SSDs operate more smoothly and efficiently than HDDs. Another advantage of SSDs over HDDs is that they are not vulnerable to magnetic interference." *Kingston Glossary*, Kingston Technology, https://www.kingston.com/en/memory/kingston-glossary.

50. The Accused Kingston SSDs include, but are not limited to, Kingston's Enterprise-grade SSDs such as DC600M, DC2000B, and DC3000ME series SSDs.




*High-Endurance SSDs For Servers And Data Centers*, Kingston Technology, https://www.kingston.com/en/ssd/servers-datacenters?gad_source=1&gad_campaignid=22668520035&gbraid=0AAAADou2zceaHmN3lgXtn2JN_iPXqQqW&gclid=CjwKCAjwuobXBhBXEiwAYUaIlQgrqW-jadGky4E0mO0ZqiMcEHTkyIyHOc_rrjHnrMjaPMXimWgarRoC7eIQAvD_BwE.

51. The Accused Kingston SSDs further include, but are not limited to, Commercial-grade SSDs, such as: FURY Renegade and FURY Renegade G5 series SSDs; KC600 and KC3000 series SSDs; A400 series SSDs; and NV3 series SSDs. *See, e.g.*, *High-Performance SSDs For Gaming*, Kingston Technology, https://www.kingston.com/en/ssd/gaming.

**<u>Negotiation History With Kingston</u>**

52. Each of the three largest suppliers of DRAM and NAND modules in the world—Micron, Samsung, and SK Hynix—has acknowledged Netlist's foundational contributions to memory module design and have taken a license to Netlist's patents. On November 11, 2021, Netlist reached out to Kingston to request a meeting to engage in licensing discussions regarding DDR4 modules. Kingston refused to take even the basic step of committing to a meeting.

53. Following a finding in the Central District of California that Samsung materially breached its 2015 license agreement with Netlist, Netlist filed a claim for patent infringement against Samsung on December 20, 2021. Over the next five years Netlist and Samsung engaged in a number of disputes resulting in multiple

jury verdicts finding Samsung willfully infringed Netlist patents and totaling over $500 million in damages awarded. Samsung appealed the verdicts of infringement, and litigation between the parties concerning Samsung's infringement of additional Netlist patents continued in district courts and at the ITC. Between 2021 and 2026 over 40 proceedings were initiated between Netlist and Samsung, including declaratory judgment actions and petitions for *inter partes* review ("IPR") filed by Samsung. On August 5, 2026, Netlist announced that Samsung agreed to take a license to Netlist's patent portfolio. *See Netlist Announces Strategic Alliance with Samsung for Advanced Memory Technology*, Netlist (Aug. 5, 2026), https://investors.netlist.com/news/netlist-announces-strategic-alliance-with-samsung-for-advanced-memory-technology/1c8e5ae6-bde4-434c-afd8-7d80370824af ("Samsung will receive access to Netlist's complete patent portfolio, including its server DIMM and High Bandwidth Memory technologies.").

54. On June 10, 2022, Netlist filed a claim for patent infringement against Micron. As with Samsung, Netlist and Micron engaged in a number of disputes over the following years resulting in a jury verdict finding Micron willfully infringed Netlist patents and awarding $445 million dollars in damages. Micron appealed this verdict, and litigation between the parties concerning Micron's infringement of additional Netlist patents continued in district courts and at the ITC. Between 2022 and 2026 over 30 proceedings were initiated between Netlist and Micron, including declaratory judgment actions, state court actions, and petitions for IPR filed by Micron. On October 6, 2026, Netlist announced that Micron agreed to take a license to Netlist's patent portfolio. *See Netlist and Micron Enter Patent License and Settlement Agreements*, Netlist (Oct. 6, 2026), https://investors.netlist.com/news/netlist-and-micron-enter-patent-license-and-settlement-agreements/c8615305-0590-43e4-bcb2-fe05e120f947.

55. With the shift to DDR5 modules by Kingston, on April 22, 2025, Netlist reached out to Kingston to begin licensing discussions on this class of

modules. Netlist offered to present its technology to Kingston at a meeting between the parties and requested Kingston provide some potential available dates. Kingston did not respond to Netlist's letter, nor to its follow-up attempt months later on June 17, 2025. On September 8, 2025, Netlist reached out for a third time, reiterating its request for a meeting between the parties to begin licensing discussions. Kingston responded to Netlist's third letter and provided potential dates for a meeting. Netlist responded the following day agreeing to meet with Kingston at Netlist's office on October 8, 2025. Over the next month the parties confirmed details of the meeting. On October 5, 2025, just days before the parties were scheduled to meet, Kingston canceled and requested the parties reschedule in December. Netlist agreed to reschedule the meeting to December 3, 2025.

56. At the December 3 meeting, Netlist presented its memory technologies to Kingston and its proposed licensing framework, explained that Netlist was continuing to grow its patent portfolio through continuation practice, and presented Kingston with a detailed claim chart mapping the '731 Patent to Kingston's DDR5 DIMMs. Netlist also asserted that its intellectual property covers Kingston's products including DDR5 RDIMM, DDR5 SODIMM, DDR5 UDIMM, and NAND-based products, among others. Netlist provided a copy of the presentation to Kingston on December 23, 2025 and summarized the key points of the meeting, including a request for Kingston to provide information to assist Netlist in formulating a license offer. Netlist requested that Kingston provide the information by January 15, 2026, but confirmed that if Kingston could not do so by then, Netlist would provide an estimated offer based on available market data. Kingston responded to Netlist's email on January 12, 2026, but did not provide the requested information.

57. On February 13, 2026, Netlist provided Kingston with a licensing offer (based on publicly available information) for a worldwide license to all Netlist patents for all products manufactured and/or sold/distributed by Kingston. On

March 11, 2026, counsel for Kingston reached out to Netlist purportedly to schedule a meeting to discuss the license offer. Netlist responded the following day to arrange an in-person meeting. After receiving no response, Netlist followed up on March 23, 2026. On March 31, Kingston's counsel declined to meet in-person, citing inadequate office space, and claimed they would follow up with proposed times for a meeting. Netlist responded the following day offering to host Kingston's counsel for a meeting in their office, but received no response for the next month. On April 30, Netlist followed up again and advised that it would need to take additional action if the parties could not hold a productive meeting by May 15. A week later, Kingston's counsel stated that they were unavailable in May but would follow up with proposed times. Netlist responded on May 8, again requesting engagement. Kingston did not respond.

58. On October 29, 2026, Netlist sent Kingston a letter to prompt Kingston to resume licensing discussions with Netlist. The letter notified Kingston of the settlement with Samsung and Micron, and noted that "[t]hese licenses confirm the value of our portfolio while Kingston continues its willful infringement." Netlist further wrote that "Netlist remains willing to engage in negotiations with Kingston for a license to all patents and pending applications in our portfolio" and attached an overview of Netlist's patent portfolio that identified "exemplary memory technologies covered by these patents." For example, Netlist asserted that the '731 and '407 Patents cover DDR5 DIMMs (among other products), and that the '120 and '481 Patents cover SSDs (and other products that Kingston does not sell).

59. Kingston has refused to engage, forcing Netlist to file this Action to enforce its patent rights.

## COUNT ONE

### (Infringement of the '731 Patent)

60. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

61. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the ’731 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused DDR5 RDIMM Products, and other products with materially the same structure in relevant part (collectively, the “Accused ’731 Products”). For example, and as shown below, the Accused ’731 Products infringe at least Claim 1 of the ’731 Patent.

62. These allegations are based upon Netlist’s current information and belief. On information and belief, internal documentation from Kingston, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

63. To the extent the preamble is limiting, the Accused ’731 Products are memory modules operable to communicate data with a system memory controller via a memory bus in response to address and control signals from the system memory controller. For example, Kingston’s website confirms that the Accused ’731 Products are memory modules. *See Computer Memory - Find Compatible RAM*, Kingston Technology, https://www.kingston.com/en/memory (enabling users to find specific “RAM memory” products including “RDIMM” and “Registered DIMM” products):






64. For further example, a Kingston DDR5 RDIMM module fits into a memory slot on compatible motherboards in a computer system, the motherboard having a system memory controller and memory bus. *See Server Memory – DRAM for Data Centers*, Kingston Technology, https://www.kingston.com/en/memory/server-memory:



65. Further, the Accused ’731 Products comprise a printed circuit board comprising at least one connector configured to be operatively coupled to the memory bus (e.g., by fitting into a memory slot of a system board of a computer

system as shown in the image above), the at least one connector including a plurality of edge connections distributed along one or more edges of the printed circuit board. For example, Kingston shows a Kingston DDR5 RDIMM as having green printed circuit boards ("PCBs") with gold edge connections distributed in two rows along the bottom edge of the PCB:




(Photograph of a Kingston DDR5 RDIMM purchased in the United States)



*DDR5 5600MT/s ECC Registered DIMM*, Kingston Technology, https://media.kingston.com/kingston/product/DDR5_ECC_Registered_DIMM_x80_2R_x4_1-lg.jpg;



*DDR5 Memory Standard: An Introduction To The Next Generation Of DRAM Module Technology*, Kingston Technology (Jan. 2024), https://www.kingston.com/en/blog/pc-performance/ddr5-overview (showing gold edge connections).

66. The Accused ’731 Products comprise a plurality of memory devices (e.g., memory cores or arrays of the DDR5 synchronous dynamic random-access memory (“SDRAM”) chips) on the PCB, the plurality of memory devices being arranged in multiple ranks, each rank comprising an independent set of memory devices that can be accessed by the system memory controller to access a full bit-width of the memory bus. For example, as shown in the images in ¶ 65, *supra*, Kingston DDR5 RDIMMs include a plurality of SDRAMs mounted on the PCB. *See also Server Memory - Support*, Kingston Technology, https://www.kingston.com/en/support/technical/products/server-memory (“RDIMMs have more DRAM chips equipped per module . . . .”). The SDRAMs are arranged in multiple ranks on the module, each rank comprising an independent set of memory devices that can be accessed by the system memory controller to access a full bit-width of the memory bus. *See, e.g.*, *KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston Technology, https://www.kingston.com/datasheets/KSM56R46BD4PMI-64HAI.pdf (“Kingston's KSM56R46BD4PMI-64HAI is a 8G x 80-bit (64GB) DDR5-5600 CL46 SDRAM (Synchronous DRAM), 2***R***x4, ECC, memory module,” where “R” stands for “Rank” in each subchannel (emphasis added) with each DDR5 module including two subchannels such that a 2Rx4 module has four ranks);[5] *DDR5 Memory Standard:*

---

[5] For example, Rambus, a supplier of RCDs that Kingston uses in certain of the Accused ’731 Products , specifies that an RCD supports “two independent subchannels per RDIMM and “two physical ranks per subchannel, four physical ranks total.” *E.g.*, https://www.rambus.com/memory-interface-chips/ddr5-dimm-chipset/ddr5-rcd/. As another example, Samsung, a major DDR5 RDIMM supplier and supplier of DDR5 SDRAMs in some of the Accused ’731 Products, states in a representative datasheet of a DDR5 RDIMM product that “[e]ach rank consists of

*An Introduction To The Next Generation Of DRAM Module Technology*, Kingston Technology (Jan. 2024), https://www.kingston.com/en/blog/pc-performance/ddr5-overview ("DDR5 splits the memory module into two independent 32-bit addressable subchannels to increase efficiency and lower the latencies of data accesses for the memory controller. The data width of the DDR5 module is still 64-bit, however breaking it down into two 32-bit addressable channels increases overall performance. For server class memory (RDIMMs), 8-bits are added to each subchannel . . . .").

67. As one example, Netlist purchased a Kingston DDR5 RDIMM in the United States that includes an RCD supplied by Renesas. *See, e.g.*, *supra* ¶ 65 (photograph of Kingston DDR5 RDIMM with Renesas 5RCD0148HC3 RCD). Additionally, Kingston's KSM56R46BD4PMI-64HAI uses an RCD supplied by IDT/Renesas. *See KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston Technology, https://www.kingston.com/en/memory/search?partid=KSM56R46BD4PMI-64HAI (displaying Kingston's use of RCD manufactured by "IDT/Renasas [sic]" in DDR5 RDIMM).

68. On information and belief, the Accused '731 Products comprise at least one circuit coupled between the at least one connector and the plurality of memory devices, the at least one circuit comprising a first set of port connections coupled to respective ones of the plurality of edge connections and a second set of port connections coupled to the plurality of memory devices, each circuit of the at least one circuit further comprising a set of correction circuits, each correction circuit of the set of correction circuits being configured to make corrections in one or more

---

one group of DRAMs making up a 36 or 40 bit channel (32 bits for non-ECC DIMMs)." *E.g.*, https://www.ssd.group/wp-content/uploads/2022/10/DatasheetDDR5_16Gb_B_RDIMM_M321RxGAxBB0_Rev1.1.pdf at 92.

signals transmitted between a respective port connection of the first set of port connections and a corresponding port connection in the second set of port connections, the each correction circuit of the set of correction circuits including at least one programmable impedance matching circuit. For example, Kingston's DDR5 RDIMMs include ODT circuitry and DFE circuitry that is coupled between the edge connectors and the plurality of memory devices. An annotated example is shown below.



Fig. 4. HBM and DDR Bank Architecture

Sreeramaneni et al., *High Bandwidth Memory for AI*, in 2025 Symposium on VLSI Technology and Circuits (2025) at Fig. 4 (annotated) (showing why DFE/ODT circuits are coupled between the DRAM memory devices and memory controller).

69. "DDR5 utilizes Decision Feedback Equalization (DFE) to provide stable, reliable signal integrity on the module, required for high bandwidth." *DDR5 Memory Standard: An Introduction to the Next Generation of DRAM Module Technology*, Kingston Technology (Jan. 2024), https://www.kingston.com/en/blog/pc-performance/ddr5-overview.




Stephen Newberry & Terry Jernberg, *A Dive Into DDR5: An Engineer's Guide to Simulating and Validating the Latest Generation of DDR*, EMA Design Automation (Sept. 22, 2021), https://www.ema-eda.com/wp-content/uploads/2024/01/Webinar_DiveIntoDDR5_final-4.pdf; *see also, e.g.*, *DDR5 Memory Standard: An Introduction To The Next Generation Of DRAM Module Technology*, Kingston Technology (Jan. 2024), https://www.kingston.com/en/blog/pc-performance/ddr5-overview:

| Interface | |
|---|---|
| Voltage (VDD / VDDQ / VPP) | 1.1 / 1.1 / 1.8 V |
| Internal VREF | VREFDQ, VREFCA, VREFCS |
| Command/Address | POD (Pseudo Open Drain) |
| Equalization | DFE (Dynamic Feedback Equalization) |
| Burst Length | BL16 / BC8 / BL32 (optional) |
| **Core Architecture** | |
| Number of Banks | 32 Banks (8 Bank Groups)<br>8 BG x 4 banks (16-64Gb x4/x8)<br>8 BG x 2 banks (8Gb x4/x8)<br><br>16 Banks (4 Bank Groups)<br>4 BG x 4 banks (16-64Gb x16)<br>4 BG x 2 banks (8Gb x16) |
| Page Size (x4 / x8 / x16) | 1KB / 1KB / 2KB |
| Prefetch | 16n |
| DCA (Duty Cycle Adjustment) | DQS and DQ |
| Internal DQS Delay Monitoring | DQS interval oscillator |
| ODECC (On-die ECC) | 128b+8b SEC error check and scrub |
| CRC (Cyclic Redundancy Check) | Read/Write |
| ODT (On-die Termination) | DQ, DQS, DM, CA bus |

70. On information and belief, the DFE and ODT circuit are not part of the memory device (i.e., are not part of the memory cores and associated circuitry of Kingston's DDR5 SDRAMs).

**Figure 3: 2 Gig x8 Functional Block Diagram**




*16Gb DDR5 SDRAM Addendum*, Micron (Feb. 2023),[6] Fig. 3; *see also id.* at 5-6, Figs. 2 and 4.

71. Each "DDR5 device" of the Accused '731 Products includes a memory device comprising memory cores and circuitry such as DDR5-specific DFE and ODT/RTT circuits, which is each a correction circuit including at least one programmable impedance matching circuit. The collection of the DFE and ODT/RTT circuits forms a set of correction circuits. Each DFE and ODT/RTT circuit associated with a DQ line is configured to make corrections in one or more DQ signals transmitted between a respective port connection (e.g., one for a data or DQ signal line) of the first set of port connections connected to the edge connector and a corresponding port connection for a DDR5 memory device in the second set of port connections. *See, e.g.*, *DDR5 Memory Standard: An Introduction to the Next Generation of DRAM Module Technology*, Kingston Technology (Jan. 2024), https://www.kingston.com/en/blog/pc-performance/ddr5-overview ("DDR5 utilizes

[6] https://www.mouser.com/datasheet/2/671/16gb_ddr5_sdram_diereva-3193781.pdf?srsltid=AYCX9vLPi_ElAXqg0zgSTDj-5R_CalLXB8Xq9a4Ioa6mIT6HM873t9C1.

Decision Feedback Equalization (DFE) to provide stable, reliable signal integrity on the module, required for high bandwidth.”).

72. On information and belief, the Accused ’731 Products comprise control circuitry configured to receive the address and control signals from the system memory controller and to control the plurality of memory devices in response to the address and control signals, wherein the control circuitry is further configured to dynamically control the at least one programmable impedance matching circuit in the each correction circuit of the set of correction circuits in the each circuit of the at least one circuit based on which of the multiple ranks is selected to communicate data with the system memory controller in response to the address and control signals. For example, on information and belief, the control circuitry is configured to receive the address and control signals from the memory controller and to output appropriate address and control signals based on the received address and control signals for controlling the plurality of memory devices in response to the address and control signals received from the system memory controller, as shown below:




Timothy M. Hollis et al., *Recent Evolution in the DRAM Interface: Mile-Markers Along Memory Lane*, 11 IEEE Solid-State Circuits Mag. 18–19 (2019), available at https://ieeexplore.ieee.org/abstract/document/8741253 (“In a later effort to shorten and simplify the overall command/address/control and clock signal paths, a register was introduced on the registered DIMM to intercept and retransmit those signals out

to the DRAMs, resulting in a substantial signal margin increase at each DRAM location.”).




*5RCD0148HC3 Short-form Datasheet*, Renesas, https://www.renesas.com/en/document/sds/5rcd0148hc3-short-form-datasheet (explaining the “primary function” of the “(RCD) used on DDR5 RDIMMs” “is to buffer the Command/Address (CA) bus, chip selects, and clock between the host controller and the DRAMs”).

73. Additionally, on information and belief, the control circuitry is further configured to dynamically control the at least one programmable impedance matching circuit (ODT/RTT) of the set of correction circuits because the RTT value of the targeted rank is set based on the address and control signal received, such as the chip select signals that determine the ranks to be accessed and that in DDR5 encodes the ODT signal. The control circuitry receives address and control signals from the memory controller, processes the input address and control signals to appropriate output command/signals (including converting double rated input command/address signals to single rated signals as needed and converting input chip

selects to appropriate outputs), and outputs the converted address and control signals to the DDR5 devices. Those inputs dynamically control the at least one programmable impedance matching circuit (ODT/RTT) of the set of correction circuits.

**Dynamic ODT**

In certain application cases, and to further enhance signal integrity on the data bus, it is desirable that the device's termination strength can be changed without issuing an MRW command. This is supported by dynamic ODT mode, which is described as follows:

*DDR5 SDRAM Product Core Data Sheet*, Micron (Oct. 2022),[7] at 306; *see also id.* at 306-307 (providing further implementation details for dynamic control using five RTT values: RTT_NOM_RD, RTT_NOM_WR, RTT_PARK, RTT_WR, and DQS_RTT_PARK).

**Figure 200: Example of WRITE to WRITE Turn Around, Different Ranks**




Notes: 1. ODTLon_WR, ODTLon_WR_NT, ODTLoff_WR and ODTLoff_WR_NT are based on mode register settings that can push out or pull in the RTT enable and disable time.
2. For simplicity, the entire range of ODTL control is not shown.

[7] https://www.farnell.com/datasheets/3980285.pdf.

*Id.* at 315 (showing independent values for ODT configuration in rank 0 ("R0 RTT") and rank 1 ("R1 RTT") during write operations).

> *C. ODT Control*
>
> The ODT has been adopted for a better signal integrity since DDR3. DDR4 has two ways to control the ODT. One is to change to RTT_NOM using the ODT pin, and the other is the dynamic ODT method to change to RTT_WR using the write command. The dynamic ODT, controlled by the DRAM, changes the RTT value from RTT_PARK to RTT_WR during the DQS and DQ toggle. The ODT pin, controlled by the DRAM controller, changes the RTT value from RTT_PARK to RTT_NOM. As terminating the non-target DRAM improves SI of the target DRAM in the multirank system [10], DDR4 uses the dynamic ODT for the target rank during the write operation and utilizes the ODT pin controlled by the controller set the non-target rank to RTT_NOM. On the other hand, as DDR5 removed the ODT pin as previously mentioned, a new command is created to control the non-target ODT. Fig. 10 shows the timing diagram for the DDR5 ODT control. DDR5 adopts the 2-cycle command, and the write command applies the write command to C/A pin and sets CS pin at low in the first cycle and at high in the second cycle. The non-target write ODT command sets the CS pin at low for both the first and second cycles with the write command.
>
> Target and non-target ODT commands change the RTT value, while DQ conducts toggling. After the write command is issued, the RTT value changes after the CAS write latency (CWL) clock and until the end of burst length. As the CLK, DQS, and DQ are all mismatched in DDR5, it is necessary to move up or push back the "target/non-target write RTT enable time" and "target/non-target write RTT disable time" to cover the applied data with RTT_WR/RTT_NOM. The ODT timing should be adjusted based on the relationship among CLK, DQS, and DQ. Fig. 10 shows the ODT timing of DDR5 and the block diagram for ODT control. The mode register latch stores RTT_WR/ NOM/PARK values and stores the ODT timing offset information. When the write or NTODT command is issued, pulse is generated to cover the data based on the ODT offset information. If the command is the write command, the signal output will be WTT_WR value. If it is the NTODT command, the output will be WTT_NOM value. If there is no command, the output will be RTT_PARK value.

Dongkyun Kim et al., A 1.1-V 10-nm Class 6.4-Gb/s/Pin 16-Gb DDR5 SDRAM with a Phase Rotator-ILO DLL, High-Speed SerDes, and DFE/FFE Equalization

Scheme for Rx/Tx, 55 IEEE J. Solid-State Circuits 167, 170 (2020), available at https://ieeexplore.ieee.org/document/8944229.




Fig. 10. Timing and block diagram for DDR5 ODT control.

*Id.* at 171.

**Figure 205: Example of READ to WRITE turn around, Different Ranks**




Notes: 1. ODTLon_WR, ODTLon_WR_NT, ODTLoff_WR and ODTLoff_WR_NT are based on mode register settings that can push out or pull in the RTT enable and disable time.

2. ODTLon_RD_NT and ODTLoff_RD_NT are based on mode register settings that can push out or pull in the RTT enable and disable time.

3. For simplicity, ODTLon_WR_offset and ODTLoff_WR_offset not shown.

4. Example shown with near ideal timings for termination settings, exact offset configurations will vary based on system designs.

*DDR5 SDRAM Product Core Data Sheet* at 320 (showing independent values for ODT configuration in rank 0 (“R0 RTT”) and rank 1 (“R1 RTT”) during read operations).

74. On information and belief, Kingston also indirectly infringes the ’731 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has induced, and

currently induces, the infringement of the ’731 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the Accused ’731 Products.

75. On information and belief, Kingston provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the Accused ’731 Products by users in a manner that Kingston knows or should have known would result in infringement and with the intent of inducing infringement. For example, Kingston instructs its customers on how to use the ’731 Patent, despite knowing that such use by its customers constitutes infringement. *See, e.g.*, *Server Memory Buying Guide: Top 10 Tips You Need to Know*, Kingston Technology (January 2026), https://www.kingston.com/en/blog/servers-and-data-centers/server-memory-buying-guide; *How to Install Memory in a Desktop PC*, Kingston Technology, https://www.kingston.com/en/support/technical/how-to-install-memory-desktop-pc; *Memory Population Rules*, Kingston Technology, https://www.kingston.com/en/memory/memory-population-rules; *DDR5 6400MT/s* ECC Registered DIMM*, Kingston Technology, https://www.kingston.com/en/memory/server-premier/ddr5-6400mts-ecc-registered-dimm; *DDR5 5600MT/s* ECC Registered DIMM*, Kingston Technology, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-registered-dimm; *Kingston FURY Renegade Pro DDR5 RDIMM Memory*, Kingston Technology, https://www.kingston.com/en/memory/gaming/fury-renegade-ddr5-pro-rdimm.

76. On information and belief, Kingston is encouraging and facilitating infringement of the ’731 Patent by others. For example, on information and belief, Kingston sells or otherwise provides the Accused ’731 Products to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to

sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

77. On information and belief, Kingston also indirectly infringes the ’731 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has contributed to, and currently contributes to, Kingston’s customers’ and end-users’ infringement of ’731 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the Accused ’731 Products. On information and belief, the Accused ’731 Products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Kingston is aware that the product or process that includes the Accused ’731 Products may be covered by one or more claims of the ’731 Patent. On information and belief, the use of the product or process that includes the Accused ’731 Products infringes at least one claim of the ’731 Patent.

78. Kingston’s infringement of the ’731 Patent has damaged and will continue to damage Netlist. Kingston has had actual notice of the ’731 Patent and its infringement thereof since at least December 3, 2025. The December 3, 2025 presentation asserted that the ’731 patent reads on DDR5 RDIMMs, and referenced exemplary claim charts Netlist had prepared and presented to Kingston. Kingston’s infringement of the ’731 Patent has been and is willful. Netlist prepared claim charts mapping Netlist’s patents to Kingston’s products, yet Kingston repeatedly ignored Netlist’s outreach and negotiation efforts. *See supra* ¶¶ 52–59. Netlist also prepared an exemplary claim chart mapping the ’731 Patent to Kingston’s DDR5 products and made a formal licensing proposal to Kingston, yet Kingston continued to refuse to seriously engage in licensing discussions. *See supra* ¶¶ 52–59. Kingston never presented any evidence of non-infringement or invalidity. Kingston continues to

commit acts of infringement despite a high likelihood that its actions constitute infringement, and Kingston knew or should have known that its actions constitute an unjustifiably high risk of infringement.

**COUNT TWO**

**(Infringement of the '407 Patent)**

79. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

80. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the '407 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused DDR5 RDIMM Products, and other products with materially the same structure in relevant part (collectively, the "Accused '407 Products"). For example, and as shown below, the Accused DDR5 Products and other products with materially the same structure and operating mechanisms in relevant part infringe at least Claim 1 of the '407 Patent.

81. These allegations are based upon Netlist's current information and belief. On information and belief, internal documentation from Kingston, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

82. To the extent the preamble is limiting, the Accused '407 Products are memory modules operable in a computer system with a memory controller and a system bus that includes one or more clock signal lines, control/address (C/A) signal lines, and data signal lines. For example, Kingston's website confirms that the Accused DDR5 RDIMM (i.e., registered dual in-line memory module) products are memory modules:




*Computer Memory - Find Compatible RAM*, Kingston Technology, https://www.kingston.com/en/memory (enabling users to find specific "RAM memory" products including "RDIMM" and "Registered DIMM" products); *E.g.*, *KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston Technology, https://www.kingston.com/datasheets/KSM56R46BD4PMI-64HAI.pdf ("Kingston's

KSM56R46BD4PMI-64HAI is a 8G x 80-bit (64GB) DDR5-5600 CL46 SDRAM (Synchronous DRAM), 2Rx4, ECC, memory module, based on forty 4G x 4-bit FBGA components.").

83. On information and belief, the Accused '407 Products are operable in a computer system with a memory controller and system bus when the modules are inserted into memory slots on compatible motherboards. For example, a Kingston DDR5 RDIMM module fits into a memory slot on compatible motherboards in a computer system, the motherboard having a memory controller and system bus. *See Server Memory – DRAM for Data Centers*, Kingston Technology, https://www.kingston.com/en/memory/server-memory; *DDR5 Memory Standard: An Introduction To The Next Generation Of DRAM Module Technology*, Kingston Technology, https://www.kingston.com/en/blog/pc-performance/ddr5-overview ("DDR5 splits the memory module into two independent 32-bit addressable subchannels to increase efficiency and lower the latencies of data accesses for the memory controller."); *Kingston Glossary*, Kingston Technology, https://www.kingston.com/en/memory/kingston-glossary ("[RDIMM modules feature] a Registered Clock Driver (RCD), which acts as a buffer between the DRAM (memory) components on a module (DIMM) and the memory controller (generally located within the CPU).").

84. On information and belief, the system bus includes one or more clock signal lines, control/address (C/A) signal lines, and data signal lines. For example, on its website, Kingston provides that RDIMMs "[h]ave a Register component, also known as a Registered Clock Driver (RCD)." *Server Memory - Support*, Kingston Technology, https://www.kingston.com/en/support/technical/products/server-memory. RCDs are known to buffer and redrive command, address, control and clock signals. As a specific example, Kingston's KSM56R46BD4PMI uses an RCD

supplied by IDT/Renesas (Renesas was formerly IDT).[8] As another example, Netlist purchased a Kingston DDR5 RDIMM in the United States that includes an RCD supplied by Renesas. *See, e.g.*, *supra* ¶ 65 (photograph of Kingston DDR5 RDIMM with Renesas 5RCD0148HC3 RCD). The RCD receives control/address signals and clock signals from the system bus. *See, e.g.*, *5RCD0148HC3 Short-form Datasheet*, Renesas, https://www.renesas.com/en/document/sds/5rcd0148hc3-short-form-datasheet (explaining the "primary function" of the "(RCD) used on DDR5 RDIMMs" "is to buffer the Command/Address (CA) bus, chip selects, and clock between the host controller and the DRAMs"):




85. The Accused '407 Products comprise a printed circuit board (PCB) with connectors that are configured to provide electrical connections between the memory module and the system bus. For example, Kingston shows a Kingston DDR5 RDIMM as having green PCBs with gold edge connections for connecting the memory module and system bus. The gold edge connections on the PCB provide electrical connections between the memory module and the system bus. For

[8] *See KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston Technology, https://www.kingston.com/en/memory/search?partid=KSM56R46BD4PMI-64HAI ("RCD: IDT/Renasas [sic]").

example, the gold edge connections in the Accused ’407 Products have pin assignments for connecting with contacts and lines in the system bus, allowing command/address, clock, and data signals to pass between the memory module components and the system bus.



*DDR5 5600MT/s ECC Registered DIMM*, Kingston Technology, https://media.kingston.com/kingston/product/DDR5_ECC_Registered_DIMM_x80_2R_x4_1-lg.jpg;

**KSM56R46BD4-64HA**
64GB 2Rx4 8G x 80-Bit
PC5-5600 CL46 Registered EC8 288-Pin DIMM

---

**DESCRIPTION**

Kingston's KSM56R46BD4-64HA is a 8G x 80-bit (64GB) DDR5-5600 CL46 SDRAM (Synchronous DRAM), 2Rx4, ECC, memory module, based on forty 4G x 4-bit FBGA components. The SPD is programmed to JEDEC standard latency DDR5-5600 timing of 46-45-45 at 1.1V. Each 288-pin DIMM uses gold contact fingers. The electrical and mechanical specifications are as follows:

*KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston Technology, https://www.kingston.com/datasheets/KSM56R46BD4PMI-64HAI.pdf;




(Photograph of a Kingston RDIMM purchased in the United States).

86. The Accused ’407 Products further contain memory devices mounted on the PCB and organized in a plurality of groups, wherein a respective group of the memory devices is configurable to communicate data with the memory controller via a corresponding subset of the data signal lines. For example, as shown above, Kingston’s DDR5 RDIMMs include multiple SDRAMs mounted on a PCB. *Server Memory - Support*, Kingston Technology, https://www.kingston.com/en/support/technical/products/server-memory (“RDIMMs have more DRAM chips equipped per module . . . .”); *see, e.g.*, *KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston Technology, https://www.kingston.com/datasheets/KSM56R46BD4PMI-64HAI.pdf (“Kingston's KSM56R46BD4PMI-64HAI is a 8G x 80-bit (64GB) DDR5-5600 CL46 SDRAM (Synchronous DRAM), 2Rx4, ECC, memory module, based on forty 4G x 4-bit FBGA components.”).

87. The SDRAMs mounted on the PCB are organized in a plurality of groups (e.g., groups of 5 SDRAMs), and each group communicates data with the memory controller via respective independent channels and sets or subsets of data signal lines in each channel. For example, as Kingston explains, DDR5 RDIMMs include two separately addressable, 40-bit subchannels. *See, e.g.*, *DDR5 Memory Standard*, Kingston Technology, https://www.kingston.com/en/blog/pc-performance/ddr5-overview:

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

**Dual 32-bit Subchannels**

DDR5 splits the memory module into two independent 32-bit addressable subchannels to increase efficiency and lower the latencies of data accesses for the memory controller. The data width of the DDR5 module is still 64-bit, however breaking it down into two 32-bit addressable channels increases overall performance. For server class memory (RDIMMs), 8-bits are added to each subchannel for ECC support for a total of 40-bits per subchannel, or 80-bits per Rank. Dual Rank modules feature four 32-bit subchannels.

88. The Accused '407 Products further contain circuitry mounted on the PCB that is configurable to receive from the memory controller a system clock via the one or more clock signal lines and input control and address (C/A) signals via the C/A signal lines. On information and belief, and as noted above, the Accused '407 Products incorporate RCD from third party vendors such as Renesas, Rambus and Montage, such as Renesas RCD01 as shown above. *See supra* ¶¶ 47, 65. Product documentations from Renesas and Rambus pertaining to their respective DDR5 RCDs confirm the Accused DDR5 Products contain circuitry configurable to receive a system clock signal and input control/address signals from the memory controller:




*5RCD0148HC3 Short-form Datasheet*, Renesas, https://www.renesas.com/en/document/sds/5rcd0148hc3-short-form-datasheet (explaining the "primary function" of the "(RCD) used on DDR5 RDIMMs" "is to

buffer the Command/Address (CA) bus, chip selects, and clock between the host controller and the DRAMs”).

89. The circuitry in the Accused ’407 Products is further configurable to generate module C/A signals in response to the input C/A signals and to output the module C/A signals to the memory devices. *See supra* ¶ 88 (showing four module C/A signals generated for output to DRAM devices (Q0ACA[13:0], Q0BCA[13:0], Q1ACA[13:0], Q1BCA[13:0]) in response to two input C/A signals from memory controller (D0CA[6:0], D1CA[6:0])).

90. On information and belief, the mounted circuitry, which includes the RCD, is further configurable to generate a plurality of local clocks corresponding, respectively, to the plurality of groups of the memory devices, the plurality of local clocks having respective phase relationships with the system clock, the respective phase relationships being programmable independently of each other. For example, the RCD circuitry includes a PLL for generating local clock outputs corresponding to the groups of DRAM chips associated with Channels A and B in different ranks and sides. *See, e.g.*, *5RCD0148HC3 Short-form Datasheet*, Renesas, https://www.renesas.com/en/document/sds/5rcd0148hc3-short-form-datasheet (“The 5RCD0148HC3 has a common clock input and PLL, but produces separate clock outputs to the DRAM channels.”); *supra* ¶ 88 (showing input “CLOCK” and output “Y0 CLOCKS” and “Y1 CLOCKS”).

91. By way of another example, Renesas explains the DDR5 RCD “[p]rovides access to internal control words for configuring device features and adapting to different RDIMM system applications.” *5RCD0148*, Renesas, https://www.renesas.com/en/products/5rcd0148?tab=overview. The list of control words to delay output timing are provided in JEDEC standards documents. *See, e.g.*, JESD82-511, at 136:

Table 119 — RW12: QACK Output Delay Control Word

| Setting | | | | | | | | Definition | Encoding |
|---|---|---|---|---|---|---|---|---|---|
| OP 7 | OP 6 | OP 5 | OP 4 | OP 3 | OP 2 | OP 1 | OP 0 | | |
| x | x | 0 | 0 | 0 | 0 | 0 | 0 | Output Delay Control for QACK_t/ QACK_c Output Signals[1,2] | Delay Outputs by +(0/64) * $t_{CK}$ (Same as Default) |
| x | x | 0 | 0 | 0 | 0 | 0 | 1 | | Delay Outputs by +(1/64) * $t_{CK}$ |
| x | x | 0 | 0 | 0 | 0 | 1 | 0 | | Delay Outputs by +(2/64)* $t_{CK}$ |
| x | x | ... | | | | | | | ... |
| x | x | 1 | 1 | 1 | 1 | 0 | 1 | | Delay Outputs by +(61/64) * $t_{CK}$ |
| x | x | 1 | 1 | 1 | 1 | 1 | 0 | | Delay Outputs by +(62/64) * $t_{CK}$ |
| x | x | 1 | 1 | 1 | 1 | 1 | 1 | | Delay Outputs by +(63/64) * $t_{CK}$ |
| x | 0 | x | x | x | x | x | x | Reserved | Reserved |
| x | 1 | x | x | x | x | x | x | | Reserved |
| 0 | x | x | x | x | x | x | x | Output Delay Feature Enable for QACK_t/QACK_c[2] | (Default) Feature Disabled |
| 1 | x | x | x | x | x | x | x | | Feature Enabled[3] |

NOTE 1 These control bits do not have any effect unless RW12[7] = 1.
NOTE 2 RW12[7:0] will be sticky, cleared by power cycle not Reset.
NOTE 3 When feature is enabled the delay settings in RW12[5:0] require a time of $t_{ODU}$ for the delay to become stable on the outputs.

There are also corresponding control words for QBCK, QCCK and QDCK local clocks. *See id.* at 136–38.[9]

92. Further, Montage notes that the DDR5 RCD "features a dual-channel independent architecture in which both sub-channels share clock logic while operating independently, enabling separate parity checking without cross-channel interference." *Montage Technology Samples 9200 MT/s DDR5 RCD to Boost Next-Gen Server Performance*, Montage (June 10, 2026), https://www.montage-tech.com/Press_Releases/20260610. Accordingly, in DDR5 RCDs, such as those in the Accused DDR5 Products, "control words are independent between the two channels. Each channel has a separate control word space that is accessible via the input chip selects for that channel. … Control word writes may occur independently on the two channels, so it is possible that both channels will be processing control word accesses at the same time, possibly offset by any number of DCKs from each other." JESD82-511, at 125.

93. On information and belief, the circuitry (i.e., the RCD) in the Accused '407 Products is further configurable to output the plurality of local clocks to the

[9] RCD vendors may use different labels for the local clock signals, for example "Y0" or "Y1" as in the case of the Renesas RCD01 depicted above. *See supra* ¶ 88.

memory devices, wherein a respective local clock having a respective programmable phase relationship with the system clock is output to one group of memory devices and not to any other group of memory devices. For example, Renesas explains that "[t]he 5RCD0148HC3 has a common clock input and PLL, but produces separate clock outputs to the DRAM channels." *5RCD0148*, Renesas, https://www.renesas.com/en/products/5rcd0148?tab=overview. As another example, Rambus notes that "RCD distributes C/A signals and clocks for each subchannel, rank and nibble." https://www.rambus.com/memory-interface-chips/ddr5-dimm-chipset/ddr5-rcd/.

94. On further information and belief, the group of memory devices to which the local clock is outputted can be configured to perform memory read or write operations by communicating data signals with the memory controller via a corresponding subset of data signal lines in accordance with the respective local clock. For example, a group of DRAM chips associated with channel A, rank 0, front side, perform memory read and write operations by communicating data signals (DQ and CB) with the memory controller via a subset of data signal lines. *See supra* ¶¶ 86-93.

95. As another example, each group of five DRAM chips has its respective local clock signal, and inputs or outputs data via the corresponding subset of data signals. *See supra* ¶¶ 86-93. Because DRAMs in each respective group receive a same respective local clock, the DRAMs in a respective group are configured to perform memory read or write operations in accordance with the corresponding respective local clock. *See supra* ¶¶ 86-93. As one example, the block diagrams of Micron SDRAMs show that received local clock signals CK_t and CK_c are inputs to write data interface as well as Read FIFOs.

**Figure 3: 2 Gig x8 Functional Block Diagram**




*16Gb DDR5 SDRAM Addendum* at 6, Fig. 3; *see also id.* at Figs. 2 and 4.

96. As another example, each sub-channel of an RDIMM can be divided into one or more groups (e.g., in a x4 configuration, each group having five memory devices associated with a respective local clock signal). *See, e.g.*,

**Dual 32-bit Subchannels**

DDR5 splits the memory module into two independent 32-bit addressable subchannels to increase efficiency and lower the latencies of data accesses for the memory controller. The data width of the DDR5 module is still 64-bit, however breaking it down into two 32-bit addressable channels increases overall performance. For server class memory (RDIMMs), 8-bits are added to each subchannel for ECC support for a total of 40-bits per subchannel, or 80-bits per Rank. Dual Rank modules feature four 32-bit subchannels.

*DDR5 Memory Standard: An Introduction to the Next Generation of DRAM Module Technology*, Kingston Technology (Jan. 2024), https://www.kingston.com/en/blog/pc-performance/ddr5-overview.

## How It Works

The Rambus DDR5 RCD provides Command/Address (CA) and clocks to the DDR5 memory devices in RDIMMs. In DDR5 DIMM architectures, the module is organized into two independent 40-bit subchannels (32 bits data, 8 bits ECC). Each subchannel is organized as either 10 devices in a x4 configuration with 2 ranks or 5 devices in a x8 configuration with 2 ranks. The RCD distributes C/A signals and clocks for each subchannel, rank and nibble. Sideband channel communication with the CPU or motherboard Baseboard Management Controller (BMC) is enabled through a 12.5 MHz (max.) I3C bus interface.

*DDR5 Registering Clock Driver 5600 MT*/s, Rambus, https://go.rambus.com/thank-you-ddr5-rcd-5600-product-brief. Kingston uses Rambus as an RCD supplier for its DDR5 RDIMMs. *See supra* ¶ 47.

97. In addition, the chip select signal (QCS) and command and address signal (QCA) received by each DRAM chip are synchronized with the local clock (QCK). *See, e.g.*, *Open Source Data Center RDIMM DDR5 Tester for Memory Vulnerability Research*, Antmicro (July 6, 2023), https://antmicro.com/blog/2023/07/open-source-data-center-rdimm-ddr5-tester-for-memory-vulnerability-research (explaining the steps of CS/CA training whereby DDR5 DRAM identifies ideal CS-to-CK (chip select to clock) and CA-to-CK (command-address to clock) alignments).

98. On information and belief, each DRAM outputs (during a read operation) or receives (during a write operation) data in accordance with the local clock signals that it receives in accordance with the respective read or writing timing diagram:

**READ Burst Operation**

The device supports BL16, BC8 OTF, BL32 (optional), or BL32 OTF (optional) during the READ or WRITE command (auto precharge can be enabled or disabled based on the state of the CA10 pin during the 2nd cycle of the command). MR0[1:0] is used to select BL16, BC8 OTF, BL32 OTF, or BL32 operation mode.

**Figure 55: READ Burst Operation (BL16)**




Notes: 1. BL = 16; preamble = 2tCK 0010 pattern; postamble = 1.5tCK.

2. Dn = data-out from column n.

3. DES commands are shown for ease of illustration; other commands may be valid at these times.

4. In this example, read DQS offset timing is set to 0 clocks.

## WRITE Burst Operation

In the following example write timing figures, the details of each write parameter are defined separately for improved understanding. For clarity of illustration, CK and DQS are shown aligned; DQS and DQ are shown center-aligned. Offset between CK and DQS and between DQS and DQ may be appropriate.

**Figure 37: WRITE Burst Operation (BL16)**




*DDR5 SDRAM Product Core Data Sheet* at 142, 158.

99. On information and belief, Kingston also indirectly infringes the '407 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the

United States. For example, on information and belief, Kingston has induced, and currently induces, the infringement of the ’407 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the Accused ’407 Products.

100. On information and belief, Kingston provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the Accused ’407 Products by users in a manner that Kingston knows or should have known would result in infringement and with the intent of inducing infringement. For example, Kingston has knowledge of the ’407 Patent through pre-suit discussion with Netlist, including through the October 29, 2026 letter from Netlist. As another example, Kingston instructs its customers on how to use the DDR5 RDIMMs, despite knowing that such use by its customers constitutes infringement. *See, e.g.*, *Server Memory Buying Guide: Top 10 Tips You Need to Know*, Kingston Technology (January 2026), https://www.kingston.com/en/blog/servers-and-data-centers/server-memory-buying-guide; *How to Install Memory in a Desktop PC*, Kingston Technology, https://www.kingston.com/en/support/technical/how-to-install-memory-desktop-pc; *Memory Population Rules*, Kingston Technology, https://www.kingston.com/en/memory/memory-population-rules; *DDR5 6400MT/s* ECC Registered DIMM*, Kingston Technology, https://www.kingston.com/en/memory/server-premier/ddr5-6400mts-ecc-registered-dimm; *DDR5 5600MT/s* ECC Registered DIMM*, Kingston Technology, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-registered-dimm; *Kingston FURY Renegade Pro DDR5 RDIMM Memory*, Kingston Technology, https://www.kingston.com/en/memory/gaming/fury-renegade-ddr5-pro-rdimm.

101. On information and belief, Kingston is encouraging and facilitating infringement of the ’407 Patent by others. For example, on information and belief,

Kingston sells or otherwise provides the Accused ’407 Products to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

102. On information and belief, Kingston also indirectly infringes the ’407 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has contributed to, and currently contributes to, Kingston’s customers’ and end-users’ infringement of the ’407 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the Accused ’407 Products. On information and belief, the Accused ’407 Products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Kingston is aware that the product or process that includes the Accused ’407 Products may be covered by one or more claims of the ’407 Patent. On information and belief, the use of the product or process that includes the Accused ’407 Products infringes at least one claim of the ’407 Patent.

103. Kingston’s infringement of the ’407 Patent has damaged and will continue to damage Netlist. On information and belief, Kingston has had actual notice of the ’407 Patent and its infringement thereof since before the filing of this Complaint. For example, on October 29, 2026, Netlist sent Kingston a letter that identified the ’407 Patent as covering DDR5 DIMMs. As another example, on information and belief, Kingston had knowledge of the pending ITC action against Micron—where Netlist accused Micron’s DDR5 RDIMMs of infringing the ’407 Patent. On information and belief, Kingston was aware of Netlist’s litigation history and licensing history with multiple parties, as confirmed in a March 31, 2026 email from Kingston’s outside counsel to Netlist. Kingston’s infringement of the ’407

Patent is willful. Kingston continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Kingston knew or should have known that its actions constituted an unjustifiably high risk of infringement.

**<u>COUNT THREE</u>**

**(Infringement of the '120 Patent)**

104. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

105. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the '120 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused SSD Products, and other products with materially the same structure in relevant part. For example, and as shown below, the Accused SSD Products and other products with materially the same structure and operating mechanisms in relevant part infringe at least Claim 1 of the '120 Patent.

106. These allegations are based upon Netlist's current information and belief. On information and belief, internal documentation from Kingston, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

107. To the extent the preamble is limiting, the Accused SSD Products are a memory diagnostic and health check system. For example, the Accused SSD Products include Kingston DC3000ME NVMe SSDs, which each "feature[] a high-speed PCIe 5.0 NVMe interface and utilizes 3D eTLC NAND," a type of non-volatile memory. *DC3000ME PCIe 5.0 NVMe U.2 SSD Datasheet*, Kingston Technology, https://www.kingston.com/datasheets/SEDC3000ME_en.pdf. Kingston's DC3000ME NVMe SSDs also feature "diagnostics" such as "Telemetry, media wear, temperature, health, etc." *DC3000ME PCIe 5.0 NVMe U.2 SSD*

*Datasheet*, Kingston Technology, https://www.kingston.com/datasheets/SEDC3000ME_en.pdf.

108. Moreover, Kingston documentation indicates that its NVMe SSDs such as its DC3000ME-series products support monitoring of parameters such as a "Critical Warning" for temperature over an over-temperature threshold or under an under-temperature threshold, among other parameters. *See, e.g.*,

**SMART Attribute Details**

Provides a detailed description of SMART Attribute support and how each may be used.

**Kingston® NVMe SSD SMART Attribute Details**

| Byte Index | Description |
|---|---|
| 0 | **Critical Warning:** This field indicates critical warnings for the state of the controller. Each bit corresponds to a critical warning type; multiple bits may be set. If a bit is cleared to '0', then that critical warning does not apply. Critical warnings may result in an asynchronous event notification to the host. Bits in this field represent the current associated state and are not persistent.<br><br>**Bit Definition**<br>00: If set to '1', then the available spare space has fallen below the threshold.<br>01: If set to '1', then a temperature is above an over temperature threshold or below an under temperature threshold.<br>02: If set to '1', then the NVM subsystem reliability has been degraded due to significant media related errors or any internal error that degrades NVM subsystem reliability.<br>03: If set to '1', then the media has been placed in read only mode.<br>04: If set to '1', then the volatile memory backup device has failed. This field is only valid if the controller has a volatile memory backup solution.<br>07:05: Reserved |
| 2:1 | **Composite Temperature:** Contains a value corresponding to a temperature in degrees Kelvin that represents the current composite temperature of the controller and namespace(s) associated with that controller. The manner in which this value is computed is implementation specific and may not represent the actual temperature of any physical point in the NVM subsystem. The value of this field may be used to trigger an asynchronous event.<br><br>Warning and critical overheating composite temperature threshold values are reported by the WCTEMP and CCTEMP fields in the Identify Controller data structure. |
| 195:192 | **Warning Composite Temperature Time:** Contains the amount of time in minutes that the controller is operational and the Composite Temperature is greater than or equal to the Warning Composite Temperature Threshold (WCTEMP) field and less than the Critical Composite Temperature Threshold (CCTEMP) field in the Identify Controller data structure.<br><br>If the value of the WCTEMP or CCTEMP field is 0h, then this field is always cleared to 0h regardless of the Composite Temperature value. |
| 199:196 | **Critical Composite Temperature Time:** Contains the amount of time in minutes that the controller is operational and the Composite Temperature is greater than the Critical Composite Temperature Threshold (CCTEMP) field in the Identify Controller data structure.<br><br>If the value of the CCTEMP field is 0h, then this field is always cleared to 0h regardless of the Composite Temperature value. |
| 201:200 | **Temperature Sensor 1:** Contains the current temperature reported by temperature sensor 1. |
| 203:202 | **Temperature Sensor 2:** Contains the current temperature reported by temperature sensor 2. |
| 205:204 | **Temperature Sensor 3:** Contains the current temperature reported by temperature sensor 3. |
| 207:206 | **Temperature Sensor 4:** Contains the current temperature reported by temperature sensor 4. |
| 209:208 | **Temperature Sensor 5:** Contains the current temperature reported by temperature sensor 5. |
| 211:210 | **Temperature Sensor 6:** Contains the current temperature reported by temperature sensor 6. |
| 213:212 | **Temperature Sensor 7:** Contains the current temperature reported by temperature sensor 7. |
| 215:214 | **Temperature Sensor 8:** Contains the current temperature reported by temperature sensor 8. |

*SMART Attribute Details*, Kingston Technology, https://media.kingston.com/support/pdf/ssd-smart-attribute.pdf; *see also Kingston*

*DC3000ME PCIe 5.0 NVMe U.2 SSD - Support,* Kingston Technology, https://www.kingston.com/en/support/technical/products/sedc3000me (referring to "SMART Attribute" documentation for DC3000ME, indicating that this product line supports SMART monitoring).

109. The Accused SSD Products further comprise a non-volatile memory (NVM) subsystem including a plurality of blocks, each block of the plurality of blocks including a plurality of pages, each page of the plurality of pages configured to store data information in a plurality of NVM cells. For example, Kingston DC3000ME NVMe SSDs utilize NAND, which is a type of non-volatile memory. *See, e.g.*, *DC3000ME PCIe 5.0 NVMe U.2 SSD Datasheet* at 1 ("Kingston's DC3000ME U.2 data center SSD features a high-speed PCIe 5.0 NVMe interface and utilizes 3D eTLC NAND, making it well suited for a wide range of server applications such as AI, HPC, OLTP, databases, cloud infrastructure and edge computing."); *Kingston Glossary*, Kingston Technology, https://www.kingston.com/en/memory/kingston-glossary (defining "NAND" as "A type of flash memory, an electronic non-volatile storage medium able to be electrically erased and reprogrammed"). Additionally, Kingston describes its products' NAND Flash storage as including blocks that are further divided into pages. *See, e.g.*, *The importance of Garbage Collection and TRIM processes for SSD performance*, Kingston Technology, https://www.kingston.com/unitedkingdom/en/blog/pc-performance/ssd-garbage-collection-trim-explained ("Flash memory is divided into blocks which are further divided into pages; data is written on a page level and data is erased on a block level."). Further, each page of the plurality of pages is configured to store data information in a plurality of NVM cells. *See, e.g.*, *id.* ("To write to an already used block of data, an SSD controller would first copy all valid data (that which is still in

use) and write it to empty pages of a different block, erase all the cells in the current block (both valid and invalid data), and then start writing new data to the newly erased block."); *NAND Flash Technology and Solid State Drives (SSDs)*, Kingston Technology https://www.kingston.com/en/blog/pc-performance/nand-flash-technology-and-ssd ("There are currently five types of NAND flash memory storage and the difference between each type is the number of bits each cell could store. Each cell can store data – one bit per cell for SLC NAND, two bits per cell for MLC, three bits per cell for TLC, four bits per cell for QLC, and five bits per cell for PLC").

110. The Accused SSD Products further comprise a plurality of sets of programmable threshold registers, each set configured to be programmed with a respective set of threshold values including first and second threshold values respectively representing first and second programmable desired reliability levels of a first parameter of a set of parameters of the NVM subsystem. For example, as shown above, Kingston NVMe SSDs support monitoring temperature thresholds of the Composite Temperature as well as any of the four temperature sensors. *See supra* ¶ 108. Moreover, testing of a Kingston DC3000ME using the "nvme" utility confirms the presence of five temperature sensor registers (e.g. Composite, Sensors 1-4), each of which has "over" and "under" temperature thresholds (i.e. first and second threshold values/set of threshold values), as shown below:

```
 ---- SEL 3 = SUPPORTED CAPABILITIES  (nvme get-feature /dev/nvme1 -f 0x04 -c <cdw11> -s 3) ----
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00010000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00020000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00030000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00040000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00100000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00110000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00120000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00130000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00140000 -s 3
get-feature:0x04 (Temperature Threshold), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
  Threshold          cdw11 (-c)   raw value    decoded
  Composite over     0x00000000   0x00000005   saveable changeable
  Sensor 1 over      0x00010000   0x00000005   saveable changeable
  Sensor 2 over      0x00020000   0x00000005   saveable changeable
  Sensor 3 over      0x00030000   0x00000005   saveable changeable
  Sensor 4 over      0x00040000   0x00000005   saveable changeable
  Composite under    0x00100000   0x00000005   saveable changeable
  Sensor 1 under     0x00110000   0x00000005   saveable changeable
  Sensor 2 under     0x00120000   0x00000005   saveable changeable
  Sensor 3 under     0x00130000   0x00000005   saveable changeable
  Sensor 4 under     0x00140000   0x00000005   saveable changeable
```

(Excerpt of testing log for Kingston DC3000ME)

111. These threshold values are programmable. For example, as shown below, these values can be changed using the set feature command via the “nvme” utility:

```
--------------------------------------------------------------------------------
>>> MARKER M016   2026-10-26 10:53:35   [Step 3]  TRIP: Sensor 1 over
--------------------------------------------------------------------------------
    live temperature 324 K (51 C); original current 0x160   = 352 K = 79 C; new over-threshold 0x141   = 321 K
= 48 C -> cdw11 0x00010141
    before: critical_warning=0x0 (bit 1 = 0)
### 2026-10-26 10:53:35 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00010141
set-feature:0x04 (Temperature Threshold), value:0x00010141, cdw12:00000000, save:0
### 2026-10-26 10:53:35 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00010000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000141
### 2026-10-26 10:53:35 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00010000 -s 2
get-feature:0x04 (Temperature Threshold), Saved value:0x00000160
    read-back CURRENT: 0x00000141   SAVED: 0x00000160  (saved must be unchanged)

--------------------------------------------------------------------------------
```

(Excerpt of testing log for Kingston DC3000ME)

112. Additionally, these thresholds represent desired reliability levels, as confirmed by testing of a Kingston DC3000ME. For example, forcing an over- or under- temperature event by changing the corresponding temperature threshold causes a "critical warning" to appear:

```
--------------------------------------------------------------------------------
>>> MARKER M013   2026-10-26 10:53:25   [Step 3]  TRIP: Composite over
--------------------------------------------------------------------------------
    live temperature 313 K (40 C); original current 0x160   = 352 K = 79 C; new over-threshold 0x136   = 310 K = 37 C -> cdw11 0x00000136
    before: critical_warning=0x0 (bit 1 = 0)
### 2026-10-26 10:53:25 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00000136
set-feature:0x04 (Temperature Threshold), value:0x00000136, cdw12:00000000, save:0
### 2026-10-26 10:53:25 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000136
### 2026-10-26 10:53:25 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 2
get-feature:0x04 (Temperature Threshold), Saved value:0x00000160
    read-back CURRENT: 0x00000136   SAVED: 0x00000160  (saved must be unchanged)

--------------------------------------------------------------------------------
>>> MARKER M014   2026-10-26 10:53:30   [Step 3]  SMART (short): Composite over tripped (expect bit 1 = 1)
--------------------------------------------------------------------------------
### 2026-10-26 10:53:30 # nvme get-log /dev/nvme1 --log-id=0x02 --log-len=512 -v | grep (key lines; full log in the SMART / HEALTH LOG sections)
critical_warning                        : 0x2
                                  [1:1] : 0x1   Temp. Threshold
temperature                             : 40 °C (313 K, 104 °F)
Warning Temperature Time                : 0
Critical Composite Temperature Time     : 0
Temperature Sensor 1                    : 51 °C (324 K, 123 °F)
Temperature Sensor 2                    : 38 °C (311 K, 100 °F)
Temperature Sensor 3                    : 38 °C (311 K, 100 °F)
Temperature Sensor 4                    : 47 °C (320 K, 116 °F)
Thermal Management T1 Trans Count       : 13
Thermal Management T2 Trans Count       : 13
Thermal Management T1 Total Time        : 340
Thermal Management T2 Total Time        : 144
    critical_warning = 0x2  ->  bit0 spare=0  bit1 TEMPERATURE=1  bit2 reliability=0  bit3 read-only=0  bit4 volatile-backup=0  bit5 PMR=0
### 2026-10-26 10:53:30 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00000160
set-feature:0x04 (Temperature Threshold), value:0x00000160, cdw12:00000000, save:0
### 2026-10-26 10:53:30 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000160
    read-back CURRENT after restore: 0x00000160
```

(Excerpt of testing log for Kingston DC3000ME indicating that changing the Composite Temperature over-temperature threshold from 352 K (79°C) to 310 K (37°C) causes a "critical warning" to appear)

```
------------------------------------------------------------------------------------
>>> MARKER M030   2026-10-26 10:54:36   [Step 4]  TRIP: Composite under
------------------------------------------------------------------------------------
    live temperature 313 K (40 C); original current 0x130   = 304 K = 31 C; new under-threshold 0x13a   = 314 K = 41 C -> cdw11 0x0010013a
    before: critical_warning=0x0 (bit 1 = 0)
### 2026-10-26 10:54:36 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x0010013a
set-feature:0x04 (Temperature Threshold), value:0x0010013a, cdw12:00000000, save:0
### 2026-10-26 10:54:36 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00100000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x0000013a
### 2026-10-26 10:54:36 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00100000 -s 2
get-feature:0x04 (Temperature Threshold), Saved value:0x00000130
    read-back CURRENT: 0x0000013a   SAVED: 0x00000130  (saved must be unchanged)

------------------------------------------------------------------------------------
>>> MARKER M031   2026-10-26 10:54:41   [Step 4]  SMART (short): Composite under tripped (expect bit 1 = 1)
------------------------------------------------------------------------------------
### 2026-10-26 10:54:41 # nvme get-log /dev/nvme1 --log-id=0x02 --log-len=512 -v | grep (key lines; full log in the SMART / HEALTH LOG sections)
critical_warning                        : 0x2
                                  [1:1] : 0x1   Temp. Threshold
temperature                             : 40 °C (313 K, 104 °F)
Warning Temperature Time                : 0
Critical Composite Temperature Time     : 0
Temperature Sensor 1                    : 51 °C (324 K, 123 °F)
Temperature Sensor 2                    : 38 °C (311 K, 100 °F)
Temperature Sensor 3                    : 38 °C (311 K, 100 °F)
Temperature Sensor 4                    : 46 °C (319 K, 114 °F)
Thermal Management T1 Trans Count       : 13
Thermal Management T2 Trans Count       : 13
Thermal Management T1 Total Time        : 340
Thermal Management T2 Total Time        : 144
    critical_warning = 0x2  ->  bit0 spare=0  bit1 TEMPERATURE=1  bit2 reliability=0  bit3 read-only=0  bit4 volatile-backup=0  bit5 PMR=0
### 2026-10-26 10:54:41 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00100130
set-feature:0x04 (Temperature Threshold), value:0x00100130, cdw12:00000000, save:0
### 2026-10-26 10:54:41 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00100000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000130
    read-back CURRENT after restore: 0x00000130
```

(Excerpt of testing log for Kingston DC3000ME indicating that changing the Composite Temperature under-temperature threshold from 304 K (31°C) to 314 K (41°C) causes a "critical warning" to appear when the Composite Temperature and reported temperatures of two of the temperature sensors are below the under-temperature threshold).

113. The Accused SSD Products further comprise a controller coupled to an interface, to the NVM subsystem and to the plurality of sets of programmable threshold registers, the controller configured to communicate with a host system via the interface using a protocol, the controller further configured to operate the NVM subsystem and to determine whether the first parameter of the set of parameters of the NVM subsystem has reached at least one of the first or second threshold values of the respective set of threshold values. For example, Kingston describes the "SSD controller" as a "key component[] of an SSD." *Enterprise Versus Client SSD*, Kingston Technology, https://www.kingston.com/en/blog/pc-performance/enterprise-versus-client-ssd. As shown in the example below, the SSD

controller is coupled to a PCIe interface (*e.g.*, to the host), to the NVM subsystem (*e.g.*, to the NAND flash devices), and to the "plurality of sets of threshold programmable registers" that it can program:




(Annotated photograph of a Kingston DC3000ME).

**SMART Attribute Details**

Provides a detailed description of SMART Attribute support and how each may be used.

**Kingston® NVMe SSD SMART Attribute Details**

| Byte Index | Description |
|---|---|
| 0 | **Critical Warning:** This field indicates critical warnings for the state of the controller. Each bit corresponds to a critical warning type; multiple bits may be set. If a bit is cleared to '0', then that critical warning does not apply. Critical warnings may result in an asynchronous event notification to the host. Bits in this field represent the current associated state and are not persistent.<br><br>**Bit Definition**<br>00: If set to '1', then the available spare space has fallen below the threshold.<br>01: If set to '1', then a temperature is above an over temperature threshold or below an under temperature threshold.<br>02: If set to '1', then the NVM subsystem reliability has been degraded due to significant media related errors or any internal error that degrades NVM subsystem reliability.<br>03: If set to '1', then the media has been placed in read only mode.<br>04: If set to '1', then the volatile memory backup device has failed. This field is only valid if the controller has a volatile memory backup solution.<br>07:05: Reserved |
| 2:1 | **Composite Temperature:** Contains a value corresponding to a temperature in degrees Kelvin that represents the current composite temperature of the controller and namespace(s) associated with that controller. The manner in which this value is computed is implementation specific and may not represent the actual temperature of any physical point in the NVM subsystem. The value of this field may be used to trigger an asynchronous event.<br><br>Warning and critical overheating composite temperature threshold values are reported by the WCTEMP and CCTEMP fields in the Identify Controller data structure. |

*SMART Attribute Details* at 1 (indicating that the controller is coupled to, among others, sets of threshold programmable registers associated with temperature thresholds).

114. Additionally, the controller of the Accused SSD Products is configured to communicate with a host system via the interface using a protocol. For example, the controller of Kingston's DC3000ME products communicates with a host system using a "high-speed . . . PCIe . . . NVMe interface":

> Kingston's DC3000ME U.2 data center SSD features a high-speed PCIe 5.0 NVMe interface and utilizes 3D eTLC NAND, making it well suited for a wide range of server applications such as AI, HPC, OLTP, databases, cloud infrastructure and edge computing. DC3000ME includes on-board power loss protection to safeguard data in the event of sudden power loss and AES 256-bit encryption for ultimate data security. DC3000ME utilizes the latest high-speed PCIe 5.0 interface and is backward-compatible with PCIe 4.0 servers and backplanes. Like all of Kingston's data center SSDs, DC3000ME is designed to deliver I/O consistency and low latency as the key design criteria that system integrators, hyperscale data centers and cloud service providers can depend on. DC3000ME is offered in 3.84TB, 7.68TB, 15.36TB and 30.72TB[1] capacities and is backed by Kingston's legendary technical support and a 5-year limited warranty.

*DC3000ME PCIe 5.0 NVMe U.2 SSD Datasheet*, at 1. Testing with the "nvme" utility confirms that a host can communicate with the controller to, e.g., retrieve (get) and/or set temperature thresholds of the NVM subsystem. *See, e.g.*,

```
-------------------------------------------------------------------------------------
>>> MARKER M013   2026-10-26 10:53:25   [Step 3]  TRIP: Composite over
-------------------------------------------------------------------------------------
    live temperature 313 K (40 C); original current 0x160   = 352 K = 79 C; new over-threshold 0x136   = 310 K = 37 C -> cdw11 0x00000136
    before: critical_warning=0x0 (bit 1 = 0)
### 2026-10-26 10:53:25 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00000136
set-feature:0x04 (Temperature Threshold), value:0x00000136, cdw12:00000000, save:0
### 2026-10-26 10:53:25 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000136
### 2026-10-26 10:53:25 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 2
get-feature:0x04 (Temperature Threshold), Saved value:0x00000160
    read-back CURRENT: 0x00000136   SAVED: 0x00000160  (saved must be unchanged)
```

(Excerpt of testing log for Kingston DC3000ME).

115. The controller of the Accused SSD Products is further configured to operate the NVM subsystem. For example, Marvell, the maker of the SSD controller states "Marvell's SSD controllers enable high performance and high capacity SSDs for use in enterprise and hyperscale data center environments. Built on Marvell's NANDEdge™ LDPC engine, these controllers are designed to enable TLC, QLC and SLC memories," i.e., non-volatile memory. SSD Controllers, Marvell, https://www.marvell.com/products/ssd-controllers.html.

116. Additionally, the controller of the Accused SSD Products is configured to determine whether the first parameter of the set of parameters of the NVM subsystem has reached at least one of the first or second threshold values of the respective set of threshold values. For example, testing of a Kingston DC3000ME

using the “nvme” utility confirmed that the controller issues a “critical warning” when a temperature exceeds the corresponding over-temperature threshold or drops below the corresponding under-temperature threshold, indicating that the controller is configured to determine whether the temperature parameter has reached a first or second threshold, as shown below:

```
--------------------------------------------------------------------------------
>>> MARKER M013   2026-10-26 10:53:25   [Step 3]  TRIP: Composite over
--------------------------------------------------------------------------------
    live temperature 313 K (40 C); original current 0x160   = 352 K = 79 C; new over-threshold 0x136   = 310 K = 37 C -> cdw11 0x00000136
    before: critical_warning=0x0 (bit 1 = 0)
### 2026-10-26 10:53:25 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00000136
set-feature:0x04 (Temperature Threshold), value:0x00000136, cdw12:00000000, save:0
### 2026-10-26 10:53:25 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000136
### 2026-10-26 10:53:25 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 2
get-feature:0x04 (Temperature Threshold), Saved value:0x00000160
    read-back CURRENT: 0x00000136   SAVED: 0x00000160  (saved must be unchanged)

--------------------------------------------------------------------------------
>>> MARKER M014   2026-10-26 10:53:30   [Step 3]  SMART (short): Composite over tripped (expect bit 1 = 1)
--------------------------------------------------------------------------------
### 2026-10-26 10:53:30 # nvme get-log /dev/nvme1 --log-id=0x02 --log-len=512 -v | grep (key lines; full log in the SMART / HEALTH LOG sections)
critical_warning                        : 0x2
                                  [1:1] : 0x1   Temp. Threshold
temperature                             : 40 °C (313 K, 104 °F)
Warning Temperature Time                : 0
Critical Composite Temperature Time     : 0
Temperature Sensor 1                    : 51 °C (324 K, 123 °F)
Temperature Sensor 2                    : 38 °C (311 K, 100 °F)
Temperature Sensor 3                    : 38 °C (311 K, 100 °F)
Temperature Sensor 4                    : 47 °C (320 K, 116 °F)
Thermal Management T1 Trans Count       : 13
Thermal Management T2 Trans Count       : 13
Thermal Management T1 Total Time        : 340
Thermal Management T2 Total Time        : 144
    critical_warning = 0x2  ->  bit0 spare=0  bit1 TEMPERATURE=1  bit2 reliability=0  bit3 read-only=0  bit4 volatile-backup=0  bit5 PMR=0
### 2026-10-26 10:53:30 # nvme set-feature /dev/nvme1 -f 0x04 -V 0x00000160
set-feature:0x04 (Temperature Threshold), value:0x00000160, cdw12:00000000, save:0
### 2026-10-26 10:53:30 # nvme get-feature /dev/nvme1 -f 0x04 -c 0x00000000 -s 0
get-feature:0x04 (Temperature Threshold), Current value:0x00000160
    read-back CURRENT after restore: 0x00000160
```

(Excerpt of testing log for Kingston DC3000ME).

117. On information and belief, Kingston also indirectly infringes the ’120 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has induced, and currently induces, the infringement of the ’120 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the Accused SSD Products.

118. On information and belief, Kingston provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the Accused SSD Products by users in a manner that Kingston knows or should have known would result in infringement and with the intent of inducing infringement. For example, Kingston has knowledge of the ’120 Patent

through pre-suit discussion with Netlist, including through the October 29, 2026 letter from Netlist. For example, Kingston instructs its customers on how to configure or use the SSDs, despite knowing that such configuration or use by its customers constitutes infringement. *See, e.g.*, *Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD - Support*, Kingston Technology, https://www.kingston.com/en/support/technical/products/sedc3000me; *see also, e.g.*, *SMART Attribute Details*.

119. On information and belief, Kingston is encouraging and facilitating infringement of the '120 Patent by others. For example, on information and belief, Kingston sells or otherwise provides the Accused SSD Products to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

120. On information and belief, Kingston also indirectly infringes the '120 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has contributed to, and currently contributes to, Kingston's customers' and end-users' infringement of the '120 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the Accused SSD Products. On information and belief, the Accused SSD Products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Kingston is aware that the product or process that includes the Accused SSD Products may be covered by one or more claims of the '120 Patent. On information and belief, the use of the product or process that includes the Accused SSD Products infringes at least one claim of the '120 Patent.

121. Kingston's infringement of the '120 Patent has damaged and will continue to damage Netlist. On information and belief, Kingston has had actual notice of the '120 Patent and its infringement thereof since before the filing of this Complaint. For example, on October 29, 2026, Netlist sent Kingston a letter that identified the '120 Patent as covering SSDs. Kingston's infringement of the '120 Patent is willful. Kingston continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Kingston knew or should have known that its action constituted an unjustifiably high risk of infringement.

## COUNT FOUR

### (Infringement of the '481 Patent)

122. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

123. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the '481 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused SSD Products, and other products with materially the same structure in relevant part. For instance, as shown below, the Accused SSD Products and other products with materially the same structure and operating mechanisms in relevant part infringe at least Claim 1 of the '481 Patent.

124. These allegations are based upon Netlist's current information and belief. On information and belief, internal documentation from Kingston, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

125. To the extent the preamble is limiting, the Accused SSD Products are a memory system having programmable reliability levels. For example, the Accused SSD Products include Kingston DC3000ME NVMe SSDs, which "features a high-

speed PCIe 5.0 NVMe interface and utilizes 3D eTLC NAND," a type of non-volatile memory. *DC3000ME PCIe 5.0 NVMe U.2 SSD Datasheet*, Kingston Technology, https://www.kingston.com/datasheets/SEDC3000ME_en.pdf. Kingston's DC3000ME NVMe SSDs also feature "diagnostics" such as "Telemetry, media wear, temperature, health, etc." *DC3000ME PCIe 5.0 NVMe U.2 SSD Datasheet*, Kingston Technology, https://www.kingston.com/datasheets/SEDC3000ME_en.pdf. For example, the Kingston DC3000ME permits programming of multiple temperature-related thresholds, such as Composite Temperature, Thermal Management Temperature 1 ("TMT1"), and Thermal Management Temperature 2 ("TMT2"), among others. *See, e.g.*,

**SMART Attribute Details**

Provides a detailed description of SMART Attribute support and how each may be used.

**Kingston® NVMe SSD SMART Attribute Details**

| Byte Index | Description |
|---|---|
| 0 | **Critical Warning:** This field indicates critical warnings for the state of the controller. Each bit corresponds to a critical warning type; multiple bits may be set. If a bit is cleared to '0', then that critical warning does not apply. Critical warnings may result in an asynchronous event notification to the host. Bits in this field represent the current associated state and are not persistent.<br><br>**Bit Definition**<br>00: If set to '1', then the available spare space has fallen below the threshold.<br>01: If set to '1', then a temperature is above an over temperature threshold or below an under temperature threshold.<br>02: If set to '1', then the NVM subsystem reliability has been degraded due to significant media related errors or any internal error that degrades NVM subsystem reliability.<br>03: If set to '1', then the media has been placed in read only mode.<br>04: If set to '1', then the volatile memory backup device has failed. This field is only valid if the controller has a volatile memory backup solution.<br>07:05: Reserved |
| 2:1 | **Composite Temperature:** Contains a value corresponding to a temperature in degrees Kelvin that represents the current composite temperature of the controller and namespace(s) associated with that controller. The manner in which this value is computed is implementation specific and may not represent the actual temperature of any physical point in the NVM subsystem. The value of this field may be used to trigger an asynchronous event.<br><br>Warning and critical overheating composite temperature threshold values are reported by the WCTEMP and CCTEMP fields in the Identify Controller data structure. |

| Byte Index | Description |
|---|---|
| 219:216 | **Thermal Management Temperature 1 Transition Count:** Contains the number of times the controller transitioned to lower power active power states or performed vendor specific thermal management actions while minimizing the impact on performance in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature (i.e., the Composite Temperature rose above the Thermal Management Temperature 1.) This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 223:220 | **Thermal Management Temperature 2 Transition Count:** Contains the number of times the controller transitioned to lower power active power states or performed vendor specific thermal management actions regardless of the impact on performance (e.g., heavy throttling) in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature (i.e., the Composite Temperature rose above the Thermal Management Temperature 2.) This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 227:224 | **Total Time For Thermal Management Temperature 1:** Contains the number of seconds that the controller had transitioned to lower power active power states or performed vendor specific thermal management actions while minimizing the impact on performance in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature. This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 231:228 | **Total Time For Thermal Management Temperature 2:** Contains the number of seconds that the controller had transitioned to lower power active power states or performed vendor specific thermal management actions regardless of the impact on performance (e.g., heavy throttling) in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature. This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |

*SMART Attribute Details* at 1, 3.

126. Testing of a Kingston DC3000ME confirms the presence of programmable reliability levels. For example, as shown below, Kingston DC3000ME permits programming of TMT1 and TMT2 to values other than the default values:

```
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x10 -s 1
get-feature:0x10 (Host Controlled Thermal Management), Default value:0x015e0166
  SEL 1 = DEFAULT                   0x015e0166   TMT1 0x15e = 350 K (77 C) / TMT2 0x166 = 358 K (85 C)
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x10 -s 0
get-feature:0x10 (Host Controlled Thermal Management), Current value:0x015e0166
  SEL 0 = CURRENT                   0x015e0166   TMT1 0x15e = 350 K (77 C) / TMT2 0x166 = 358 K (85 C)
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x10 -s 2
get-feature:0x10 (Host Controlled Thermal Management), Saved value:0x015e0166
  SEL 2 = SAVED                     0x015e0166   TMT1 0x15e = 350 K (77 C) / TMT2 0x166 = 358 K (85 C)
### 2026-10-26 10:52:55 # nvme get-feature /dev/nvme1 -f 0x10 -s 3
get-feature:0x10 (Host Controlled Thermal Management), Supported capabilities value:0x00000005
 : Feature is saveable
 : Feature is changeable
  SEL 3 = SUPPORTED CAPABILITIES     0x00000005   saveable changeable
```

(Excerpt of testing log for Kingston DC3000ME showing that the default values for TMT1 and TMT2 are 350 K (77°C) and 358 K (85°C), respectively).

```
### 2026-10-26 10:55:27 # nvme set-feature /dev/nvme1 -f 0x10 -V 0x01360166
set-feature:0x10 (Host Controlled Thermal Management), value:0x01360166, cdw12:00000000, save:0
### 2026-10-26 10:55:27 # nvme get-feature /dev/nvme1 -f 0x10 -s 0
get-feature:0x10 (Host Controlled Thermal Management), Current value:0x01360166
    read-back: 0x01360166  (TMT1 0x136 = 310 K (37 C) / TMT2 0x166 = 358 K (85 C))
    time       light counter         light total time (s)
    start      13                    340
    +1 s       14                    340
    +2 s       14                    341
    +3 s       14                    342
    +4 s       14                    343
    +5 s       14                    344
    +6 s       14                    345
    +7 s       14                    346
    +8 s       14                    347
    +9 s       14                    348
    +10 s      14                    349
```

(Excerpt of testing log for Kingston DC3000ME showing that TMT1 and TMT2 can be programmed, in this case to 310 K (37°C) and 358 K (85°C)).

127. As shown above, when the TMT1 is programmed to 310 K, the Thermal Management T1 Transition Count and Thermal Management T1 Total Time both increased, indicating activation of thermal throttling. Likewise, setting TMT1 to 309 K (36°C) and TMT2 to 310 K (37°C) also triggered an increase in the Thermal Management T2 Transition Count and Thermal Management T2 Total Time:

```
### 2026-10-26 10:57:42 # nvme set-feature /dev/nvme1 -f 0x10 -V 0x01350136
set-feature:0x10 (Host Controlled Thermal Management), value:0x01350136, cdw12:00000000, save:0
### 2026-10-26 10:57:42 # nvme get-feature /dev/nvme1 -f 0x10 -s 0
get-feature:0x10 (Host Controlled Thermal Management), Current value:0x01350136
    read-back: 0x01350136  (TMT1 0x135 = 309 K (36 C) / TMT2 0x136 = 310 K (37 C))
    time       heavy counter         heavy total time (s)
    start      13                    144
    +1 s       14                    144
    +2 s       14                    145
    +3 s       14                    146
    +4 s       14                    147
    +5 s       14                    148
    +6 s       14                    149
    +7 s       14                    150
    +8 s       14                    151
    +9 s       14                    152
    +10 s      14                    153
    10:57:52.539: restoring Feature 10h 0x015e0166
```

(Excerpt of testing log for Kingston DC3000ME).

128. When the Composite Temperature exceeds TMT1, the system undergoes thermal throttling whereby the latency of the access operations increases noticeably.

```
PHASE BEFORE     37 samples   avg  14.90 GB/s   avg latency   279 us (highest   311 us)   no-sample time 0.0 s
PHASE THROTTLE   39 samples   avg  12.61 GB/s   avg latency   330 us (highest   332 us)   no-sample time 0.0 s
PHASE RESTORED   41 samples   avg  14.92 GB/s   avg latency   282 us (highest   410 us)   no-sample time 0.0 s
```

(Excerpt of testing log for Kingston DC3000ME).

129. Additionally, when the Composite Temperature exceeds the TMT2 threshold, the access is paused.

```
t=   9.3 s    14.93 GB/s   latency     278 us   BEFORE
t=   9.8 s    14.94 GB/s   latency     279 us   BEFORE
t=  10.3 s    14.94 GB/s   latency     278 us   TRANSITION
t=  10.8 s    14.94 GB/s   latency     278 us   THROTTLE
t=  11.3 s     5.58 GB/s   latency     n/a   THROTTLE
t=  11.3 ..   19.8 s   ---- NO SAMPLES for 8.5 s (no completed reads) - 8.5 s of it while THROTTLE was set ----
t=  20.3 s     0.09 GB/s   latency   17613 us   TRANSITION
t=  20.8 s     0.20 GB/s   latency   21330 us   RESTORED
```

(Excerpt of testing log for Kingston DC3000ME).

130. These different thresholds and corresponding thermal-management responses indicate that TMT1 and TMT2 represent different desired reliability levels.

131. The Accused SSD Products further comprise a non-volatile memory (NVM) subsystem comprising a plurality of blocks each including a plurality of pages, each page including a plurality of NVM cells and configured to store an associated number of bytes. For example, Kingston DC3000ME NVMe SSDs utilize NAND, which is a type of non-volatile memory. *See, e.g.*, *DC3000ME PCIe 5.0 NVMe U.2 SSD Datasheet* at 1 ("Kingston's DC3000ME U.2 data center SSD features a high-speed PCIe 5.0 NVMe interface and utilizes 3D eTLC NAND, making it well suited for a wide range of server applications such as AI, HPC, OLTP, databases, cloud infrastructure and edge computing."); *Kingston Glossary*, Kingston Technology, https://www.kingston.com/en/memory/kingston-glossary (defining "NAND" as "A type of flash memory, an electronic non-volatile storage medium able to be electrically erased and reprogrammed"). Additionally, Kingston describes its products' NAND Flash storage as including blocks that are further divided into pages. *See, e.g.*, *The importance of Garbage Collection and TRIM processes for SSD performance*, Kingston Technology, https://www.kingston.com/unitedkingdom/en/blog/pc-performance/ssd-garbage-collection-trim-explained ("Flash memory is divided into blocks which are further divided into pages; data is written on a page level and data is erased on a block

level.”). Further, each page of the plurality of pages configured to store data information in a plurality of NVM cells. *See, e.g.*, *id.* (“To write to an already used block of data, an SSD controller would first copy all valid data (that which is still in use) and write it to empty pages of a different block, erase all the cells in the current block (both valid and invalid data), and then start writing new data to the newly erased block.”); *NAND Flash Technology and Solid State Drives (SSDs)*, Kingston Technology https://www.kingston.com/en/blog/pc-performance/nand-flash-technology-and-ssd (“There are currently five types of NAND flash memory storage and the difference between each type is the number of bits each cell could store. Each cell can store data – one bit per cell for SLC NAND, two bits per cell for MLC, three bits per cell for TLC, four bits per cell for QLC, and five bits per cell for PLC”).

132. The Accused SSD Products further comprise a plurality of programmable registers including first and second programmable threshold registers configured to store first and second programmable threshold values, respectively, wherein the second programmable threshold value is less than the first programmable threshold value. For example, testing of a Kingston DC3000ME confirmed that TMT2 (a “first programmable threshold value”) and TMT1 (a “second programmable threshold value”) are programmable threshold values that are stored in the corresponding programmable threshold registers configured to store such threshold values. *See supra* ¶¶ 126-128. As noted above, TMT1 is less than TMT2,[10] such that the second programmable threshold value is less than the first programmable threshold value. *See id.*

---

[10] For example, the default values for TMT1 and TMT2 are 77°C and 85°C respectively. As another example, when TMT2 threshold was lowered to 310 K, the TMT1 threshold had to be lowered to a lower value 309 K for the threshold values to be valid.

133. The Accused SSD Products further comprise a controller coupled to the NVM subsystem and the plurality of programmable registers including the first and second programmable threshold registers, the controller configured to determine if operation reliability for a first memory portion of the NVM subsystem has reached first or second reliability levels. For example, Kingston's DC3000ME comprises a controller coupled to the NVM subsystem and the plurality of programmable registers including the first and second programmable threshold registers (i.e., registers corresponding to TMT1 and TMT2 whose values can be determined by the controller):




(Annotated photograph of a Kingston DC3000ME).

| Byte Index | Description |
|---|---|
| 219:216 | **Thermal Management Temperature 1 Transition Count:** Contains the number of times the controller transitioned to lower power active power states or performed vendor specific thermal management actions while minimizing the impact on performance in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature (i.e., the Composite Temperature rose above the Thermal Management Temperature 1.) This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 223:220 | **Thermal Management Temperature 2 Transition Count:** Contains the number of times the controller transitioned to lower power active power states or performed vendor specific thermal management actions regardless of the impact on performance (e.g., heavy throttling) in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature (i.e., the Composite Temperature rose above the Thermal Management Temperature 2.) This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 227:224 | **Total Time For Thermal Management Temperature 1:** Contains the number of seconds that the controller had transitioned to lower power active power states or performed vendor specific thermal management actions while minimizing the impact on performance in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature. This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 231:228 | **Total Time For Thermal Management Temperature 2:** Contains the number of seconds that the controller had transitioned to lower power active power states or performed vendor specific thermal management actions regardless of the impact on performance (e.g., heavy throttling) in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature. This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 511:232 | Reserved |

*SMART Attribute Details* at 3.[11]

134. Testing of a Kingston DC3000ME confirms that the controller is configured to determine if operation reliability for a first memory portion of the NVM subsystem has reached first or second reliability levels. For example, changes in operation reliability in the form of increased read latency were detected when the Composite Temperature was above TMT1 (but below TMT2), as shown below:

```
PHASE BEFORE     37 samples   avg  14.90 GB/s   avg latency   279 us (highest   311 us)   no-sample time 0.0 s
PHASE THROTTLE   39 samples   avg  12.61 GB/s   avg latency   330 us (highest   332 us)   no-sample time 0.0 s
PHASE RESTORED   41 samples   avg  14.92 GB/s   avg latency   282 us (highest   410 us)   no-sample time 0.0 s
```

(Excerpt of testing log for Kingston DC3000ME showing that during TMT1 testing, average read latency increased from 279 µs before throttling to 330 µs during throttling and returned to 282 µs after the original setting was restored).

[11] *See also* SSD Controllers, Marvell, https://www.marvell.com/products/ssd-controllers.html ("Marvell's SSD controllers enable high performance and high capacity SSDs for use in enterprise and hyperscale data center environments. Built on Marvell's NANDEdge™ LDPC engine, these controllers are designed to enable TLC, QLC and SLC memories," i.e., non-volatile memory).

135. Additionally, when the controller determines that the TMT2 threshold was breached during read testing, read operations were halted:

```
t=   9.3 s    14.93 GB/s   latency     278 us   BEFORE
t=   9.8 s    14.94 GB/s   latency     279 us   BEFORE
t=  10.3 s    14.94 GB/s   latency     278 us   TRANSITION
t=  10.8 s    14.94 GB/s   latency     278 us   THROTTLE
t=  11.3 s     5.58 GB/s   latency     n/a   THROTTLE
t=  11.3 ..   19.8 s   ---- NO SAMPLES for 8.5 s (no completed reads) - 8.5 s of it while THROTTLE was set ----
t=  20.3 s     0.09 GB/s   latency   17613 us   TRANSITION
t=  20.8 s     0.20 GB/s   latency   21330 us   RESTORED
```

(Excerpt of testing log for Kingston DC3000ME showing that read commands failed when the TMT2 threshold was breached).

136. These latencies are associated with the page or pages that are being operated on, and therefore reflect reliability of the memory portion (a first memory portion of the NVM subsystem) that is being operated on.

137. Additionally, the first memory portion of the NVM subsystem of the Accused SSD Products is a page or a block of the NVM subsystem. For example, as noted above, Kingston explains that NAND Flash is read and written at the page level and erased at the block level. *See supra* ¶ 131. Further, testing shows, for example, that TMT1 and TMT2 threshold values affect latency values significantly. *See supra* ¶ 134. Also as noted above, a page is the smallest unit of the NAND organization that can be read and programmed together. *See supra* ¶ 131. Thus, the read latency reflects the latency of the page or pages that are being accessed, and hence the reliability of the particular page(s).

138. Further, the operation reliability for the first memory portion of the NVM subsystem of the Accused SSD Products reaches the first reliability level when a first parameter for the first memory portion matches or exceeds the first programmable threshold value, wherein the operation reliability for the first memory portion reaches the second reliability level when the first parameter matches or exceeds the second programmable threshold value, wherein, in response to the operation reliability for the first memory portion reaching the first reliability level, the controller is further configured to perform a first remediation action, and

wherein, in response to the operation reliability for the first memory portion reaching the second reliability level, the controller is further configured to perform a second remediation action.

139. For example, in the case of a Kingston DC3000ME, the operation reliability for the first memory portion of the NVM subsystem of the Accused SSD Products (that is, the page that is being read or programmed) reaches the first reliability level (e.g., the TMT2 thermal-management response) when a first parameter (e.g., the Composite Temperature) for the first memory portion matches or exceeds the first programmable threshold value. For example, testing of the exemplary Kingston DC3000ME set TMT2 to 310 K (37°C) while the Composite Temperature was 313 K (40°C). Accordingly, the "first parameter" (the Composite Temperature of 313 K) exceeded the "first programmable threshold value" (TMT2 of 310 K). As shown below, the Thermal Management T2 Transition Count thereafter increased from 13 to 14 and the Thermal Management T2 Total Time increased from 144 to 153 seconds:

```
--------------------------------------------------------------------------------
>>> MARKER M061   2026-10-26 10:57:42   [Step 9]  SMART (short): before idle heavy-throttle test
--------------------------------------------------------------------------------
### 2026-10-26 10:57:42 # nvme get-log /dev/nvme1 --log-id=0x02 --log-len=512 -v | grep (key lines; full log in the SMART / HEALTH LOG sections)
critical_warning                        : 0
                                  [1:1] : 0   Temp  Threshold
temperature                             : 40 °C (313 K, 104 °F)
Warning Temperature Time                : 0
Critical Composite Temperature Time     : 0
Temperature Sensor 1                    : 50 °C (323 K, 122 °F)
Temperature Sensor 2                    : 38 °C (311 K, 100 °F)
Temperature Sensor 3                    : 39 °C (312 K, 102 °F)
Temperature Sensor 4                    : 46 °C (319 K, 114 °F)
Thermal Management T1 Trans Count       : 16
Thermal Management T2 Trans Count       : 13
Thermal Management T1 Total Time        : 387
Thermal Management T2 Total Time        : 144
    critical_warning = 0x0  ->  bit0 spare=0  bit1 TEMPERATURE=0  bit2 reliability=0  bit3 read-only=0  bit4 volatile-backup=0  bit5 PMR=0
    10:57:42.394: setting Feature 10h to 0x01350136
### 2026-10-26 10:57:42 # nvme set-feature /dev/nvme1 -f 0x10 -V 0x01350136
set-feature:0x10 (Host Controlled Thermal Management), value:0x01350136, cdw12:00000000, save:0
### 2026-10-26 10:57:42 # nvme get-feature /dev/nvme1 -f 0x10 -s 0
get-feature:0x10 (Host Controlled Thermal Management), Current value:0x01350136
    read-back: 0x01350136  (TMT1 0x135 = 309 K (36 C) / TMT2 0x136 = 310 K (37 C))
    time       heavy counter           heavy total time (s)
    start      13                      144
    +1 s       14                      144
    +2 s       14                      145
    +3 s       14                      146
    +4 s       14                      147
    +5 s       14                      148
    +6 s       14                      149
    +7 s       14                      150
    +8 s       14                      151
    +9 s       14                      152
    +10 s      14                      153
    10:57:52.539: restoring Feature 10h 0x015e0166
### 2026-10-26 10:57:52 # nvme set-feature /dev/nvme1 -f 0x10 -V 0x015e0166
set-feature:0x10 (Host Controlled Thermal Management), value:0x015e0166, cdw12:00000000, save:0
### 2026-10-26 10:57:52 # nvme get-feature /dev/nvme1 -f 0x10 -s 0
get-feature:0x10 (Host Controlled Thermal Management), Current value:0x015e0166
    read-back: 0x015e0166
```

(Excerpt of testing log for Kingston DC3000ME).

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

140. Further, when the "first parameter" (Composite Temperature) exceeds the "first programmable threshold value" (TMT2), the TMT2 thermal-management response is triggered, corresponding to the "first reliability level":

```
t=   9.3 s    14.93 GB/s   latency     278 us   BEFORE
t=   9.8 s    14.94 GB/s   latency     279 us   BEFORE
t=  10.3 s    14.94 GB/s   latency     278 us   TRANSITION
t=  10.8 s    14.94 GB/s   latency     278 us   THROTTLE
t=  11.3 s     5.58 GB/s   latency     n/a   THROTTLE
t=  11.3 ..   19.8 s   ---- NO SAMPLES for 8.5 s (no completed reads) - 8.5 s of it while THROTTLE was set ----
t=  20.3 s     0.09 GB/s   latency   17613 us   TRANSITION
t=  20.8 s     0.20 GB/s   latency   21330 us   RESTORED
```

(Excerpt of testing log for Kingston DC3000ME).

141. Testing of a Kingston DC3000ME further confirms that the operation reliability for the first memory portion reaches the second reliability level (e.g., the TMT1 thermal-management response) when the first parameter (e.g., the Composite Temperature) matches or exceeds the second programmable threshold value. For example, testing of the exemplary Kingston DC3000ME set TMT1 to 310 K (37°C) while the Composite Temperature was 313 K (40°C). Accordingly, the "first parameter" (the Composite Temperature of 313 K) exceeded the "second programmable threshold value" (TMT1 of 310 K):

```
### 2026-10-26 10:55:27 # nvme set-feature /dev/nvme1 -f 0x10 -V 0x01360166
set-feature:0x10 (Host Controlled Thermal Management), value:0x01360166, cdw12:00000000, save:0
### 2026-10-26 10:55:27 # nvme get-feature /dev/nvme1 -f 0x10 -s 0
get-feature:0x10 (Host Controlled Thermal Management), Current value:0x01360166
    read-back: 0x01360166  (TMT1 0x136 = 310 K (37 C) / TMT2 0x166 = 358 K (85 C))
    time       light counter          light total time (s)
    start      13                     340
    +1 s       14                     340
    +2 s       14                     341
    +3 s       14                     342
    +4 s       14                     343
    +5 s       14                     344
    +6 s       14                     345
    +7 s       14                     346
    +8 s       14                     347
    +9 s       14                     348
    +10 s      14                     349
```

(Excerpt of testing log for Kingston DC3000ME).

142. The testing shows that when the "first parameter" (e.g., Composite Temperature) exceeds the "second programmable threshold value" (e.g., TMT1), the TMT1 thermal-management response is triggered, causing a noticeable increase in the read latency, corresponding to the "second reliability level."

```
PHASE BEFORE     37 samples   avg  14.90 GB/s   avg latency   279 us (highest   311 us)   no-sample time 0.0 s
PHASE THROTTLE   39 samples   avg  12.61 GB/s   avg latency   330 us (highest   332 us)   no-sample time 0.0 s
PHASE RESTORED   41 samples   avg  14.92 GB/s   avg latency   282 us (highest   410 us)   no-sample time 0.0 s
```

(Excerpt of testing log for Kingston DC3000ME).

143. The testing of a Kingston DC3000ME discussed above also confirmed that in response to the operation reliability for the first memory portion reaching the first reliability level, the controller is further configured to perform a first remediation action (e.g., transitioning to lower-power active power states or performing vendor-specific thermal-management actions, including heavy throttling and pausing read/write operations, in response to the Composite Temperature exceeding TMT2), and wherein, in response to the operation reliability for the first memory portion reaching the second reliability level, the controller is further configured to perform a second remediation action (e.g., transitioning to lower-power active power states or performing vendor-specific thermal-management actions while minimizing the impact on performance, in response to the Composite Temperature exceeding TMT1). *See supra* ¶¶ 125-142; *see also, e.g.*,

| Byte Index | Description |
|---|---|
| 219:216 | **Thermal Management Temperature 1 Transition Count:** Contains the number of times the controller transitioned to lower power active power states or performed vendor specific thermal management actions while minimizing the impact on performance in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature (i.e., the Composite Temperature rose above the Thermal Management Temperature 1.) This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 223:220 | **Thermal Management Temperature 2 Transition Count:** Contains the number of times the controller transitioned to lower power active power states or performed vendor specific thermal management actions regardless of the impact on performance (e.g., heavy throttling) in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature (i.e., the Composite Temperature rose above the Thermal Management Temperature 2.) This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 227:224 | **Total Time For Thermal Management Temperature 1:** Contains the number of seconds that the controller had transitioned to lower power active power states or performed vendor specific thermal management actions while minimizing the impact on performance in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature. This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 231:228 | **Total Time For Thermal Management Temperature 2:** Contains the number of seconds that the controller had transitioned to lower power active power states or performed vendor specific thermal management actions regardless of the impact on performance (e.g., heavy throttling) in order to attempt to reduce the Composite Temperature because of the host controlled thermal management feature. This counter shall not wrap once it reaches its maximum value. A value of zero, indicates that this transition has never occurred or this field is not implemented. |
| 511:232 | Reserved |

*SMART Attribute Details* at 3.

144. On information and belief, Kingston also indirectly infringes the ’481 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has induced, and currently induces, the infringement of the ’481 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the Accused SSD Products.

145. On information and belief, Kingston provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the Accused SSD Products by users in a manner that Kingston knows or should have known would result in infringement and with the intent of inducing infringement. For example, Kingston has knowledge of the ’481 Patent through pre-suit discussion with Netlist, including through the October 29, 2026 letter from Netlist. For example, Kingston instructs its customers on how to configure or use the SSDs, despite knowing that such configuration or use by its customers constitutes infringement. *See, e.g.*, *Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD - Support*, Kingston Technology, https://www.kingston.com/en/support/technical/products/sedc3000me; *see also, e.g.*, *SMART Attribute Details*.

146. On information and belief, Kingston is encouraging and facilitating infringement of the ’481 Patent by others. For example, on information and belief, Kingston sells or otherwise provides the Accused SSD Products to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

147. On information and belief, Kingston also indirectly infringes the ’481 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of

California and elsewhere in the United States. For example, on information and belief, Kingston has contributed to, and currently contributes to, Kingston's customers' and end-users' infringement of the '481 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the Accused SSD Products. On information and belief, the Accused SSD Products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Kingston is aware that the product or process that includes the Accused SSD Products may be covered by one or more claims of the '481 Patent. On information and belief, the use of the product or process that includes the Accused SSD Products infringes at least one claim of the '481 Patent.

148. Kingston's infringement of the '481 Patent has damaged and will continue to damage Netlist. On information and belief, Kingston has had actual notice of the '481 Patent and its infringement thereof since before the filing of this Complaint. For example, on October 29, 2026, Netlist sent Kingston a letter that identified the '481 Patent as covering SSDs. Kingston's infringement of the '481 Patent is willful. Kingston continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Kingston knew or should have known that its actions constituted an unjustifiably high risk of infringement.

## PRAYER FOR RELIEF

149. WHEREFORE, Netlist respectfully requests that this Court enter judgment in its favor ordering, finding, declaring, and/or awarding Netlist relief as follows:

A. that Kingston infringes the Asserted Patents;

B. all equitable relief the Court deems just and proper as a result of Kingston's infringement;

C. an award of damages resulting from Defendants' acts of infringement in accordance with 35 U.S.C. § 284;

D. that Kingston's infringement of the Asserted Patents is willful;

E. enhanced damages pursuant to 35 U.S.C. § 284;

F. that this is an exceptional case and awarding Netlist its reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

G. an accounting for acts of infringement and supplemental damages, without limitation, prejudgment and post-judgment interest;

H. such other equitable relief which may be requested and to which Netlist establishes it is entitled.

**DEMAND FOR JURY TRIAL**

150. Pursuant to Federal Rule of Civil Procedure 38(b), Netlist hereby demands a trial by jury on all issues triable to a jury.

Dated: November 4, 2026

IRELL & MANELLA LLP

By: */s/ Andrew Strabone*
Andrew Strabone

Attorney for Plaintiff Netlist, Inc.